[Our File No. 00626]
Anna DiBenedetto (SBN 220833)
DIBENEDETTO LAW GROUP, PC
1101 Pacific Avenue, Suite 200
Santa Cruz, California 95060
Tel.: (831) 253-0499
Fax: (831) 253-0502
anna@dibenedetto.law
ali@dibenedetto.law
sue@dibenedetto.law

Thomas D. Morell  (SBN 198403)
736 Chestnut Street, Suite F
Santa Cruz, California  95060
Tel: (831) 747-4855
thomasmorell@lawmorell.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| ANDRE LAFLEUR, AS TRUSTEE OF THE LAFLEUR REVOCABLE TRUST DATED FEBRUARY 21, 2025,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 5:26-cv-2993<br><br>**COMPLAINT TO QUIET TITLE UNDER 28 U.S.C. § 2409a** |

## INTRODUCTION

1.      This is an action under the Quiet Title Act, 28 U.S.C. § 2409a, to adjudicate a dispute between Plaintiff and the United States concerning title and the parties' respective rights to a portion of real property located in Santa Cruz County, California.

2. Plaintiff ANDRE LAFLEUR, Trustee of THE LaFLEUR REVOCABLE TRUST DATED FEBRUARY 21, 2025, is the owner of the land and improvements located at 151 Church Street, Davenport, California, Assessor's Parcel No. 058-101-06 ("Lafleur Property"), as more particularly described in the legal description to the Grant Deed, a true and correct copy of which is attached hereto as **Exhibit "A"**. Plaintiff acquired title to the Lafleur Property on or about May 30, 2023. Attached hereto as **Exhibit "B"** is a true and correct copy of a screenshot extracted from the County of Santa Cruz Geographic Information System web application on April 3, 2026 showing the approximate location of the boundaries of the Lafleur Property superimposed on an aerial photograph, which also shows the location of Plaintiff's buildings and some of the improvements that are the subject of this case.

3. The Lafleur Property is described in all recorded deeds successively transferring title to Plaintiff's predecessors in ownership and to Plaintiff, as Lot 6 in Block 4, as shown on the Map of Davenport Subdivision No. 2 (the "Subdivision Map"), filed for record on December 22, 1919, in Volume 18 of Maps, page 29, Santa Cruz County Records. A true and correct copy of the Subdivision Map is attached hereto as **Exhibit "C"**.

4. The Lafleur Property contains some 11,725.84 square feet, or 0.269 acres, according to the surveyed boundary data shown on the Subdivision Map, which was prepared by S. K. Annand, Licensed Surveyor, for Coast Dairies and Land Company, a corporation ("Coast Dairies"). The Owner's Certificate of the Subdivision Map was signed by the corporate President and Secretary of Coast Dairies on November 28, 1919.

5. The Subdivision Map created numerous lots in seven numbered Blocks, and laid out nine named streets within its boundaries, all of which were subdivided parts or portions of the much larger tract of land then owned by Coast Dairies, a portion of the Ranch San Vicente containing 2,196 acres, the title to which had been granted to Coast Dairies by Jeremiah Respini, according to a deed dated March 16, 1901, filed for record on April 10, 1901 in Book 136 of Deeds, pages 453-462, Santa Cruz County Records (the "1901 Respini Deed").

6.    The boundaries of the Lafleur Property, among others, are delineated on the Record of Survey dated December 29, 2015, by Robert J. Craig, Licensed Land Surveyor, which was filed for record on March 10, 2016, in Volume 124 of Maps, page 32, Santa Cruz County Records ("2015 Craig Survey"), and which showed the locations of survey monuments then found and set at the four corners of the Lafleur Property (Lot 6), fronting on Church Street. A true and correct copy of the 2015 Craig Survey is attached hereto as **Exhibit "D"**.

7.    The boundaries of the much larger adjoining tract of land formerly owned by Coast Dairies, described in the 1901 Respini deed, were delineated on the Record of Survey made by Robert L. Dewitt and Associates, Inc., which was filed for record on May 6, 2014 in Volume 122 of Maps, page 6, Santa Cruz County Records ("2014 Dewitt Survey"). A true and correct copy of the 2014 DeWitt Survey is attached hereto as **Exhibit "E"**.  The surveyed boundary lines of the Lafleur Property adjoining the land formerly owned by Coast Dairies are shown on the 2014 Dewitt Survey, on Sheet Three of Three, labeled as "L72" and "L73."

8.    Defendant UNITED STATES OF AMERICA, acting through the  United States Department of the Interior, Bureau of Land Management ("BLM"), is the owner of the approximate 5,843 acre parcel of real property adjacent to the Lafleur Property, as more particularly described in the legal description to the Correction Grant Deed, a true and correct copy of which is attached hereto as **Exhibit "F"** ("Coast Dairies Property"). Title to the Coast Dairies Property was conveyed by The Trust for Public Land, a California nonprofit public benefit corporation, as successor in interest by merger with Coast Dairies, to the United States of America ("USA"), acting under authority of Section 205 of the Federal Land Policy and Management Act of 1976 (43 U.S.C. § 1701 et seq.) according to the Correction Grant Deed dated October 2, 2016, recorded October 21, 2016, Document No. 2016-0041084, Official Records of Santa Cruz County, which superseded the Grant Deed by Coast Dairies to the USA dated April 9, 2014, Document No. 2014-0011550, Official Records of Santa Cruz County. The conveyance to the USA was made subject to existing rights-of-way or easements of record,

existing roads, railroads, telegraph, telephone and electrical transmission lines, canals, laterals, ditches, flumes, siphons and pipelines on, over and across the Coast Dairies Property.

### JURISDICTION AND VENUE

9.    This Court has jurisdiction under 28 U.S.C. § 1346(f) and 28 U.S.C. § 2409a.

10.    Venue is proper in this district under 28 U.S.C. § 1391(e) because the real property at issue is located within this district.

### CLAIM FOR RELIEF

(QUIET TITLE – 28 U.S.C. § 2409a)

11.    Plaintiff realleges and incorporates by reference all preceding paragraphs.

12.    Plaintiff asserts that there are improvements located within an approximate 0.46 acre area of the Coast Dairies Property adjacent to the Lafleur Property that have existed for the use and benefit of the Lafleur Property for at least 80 years ("Disputed Property"). These improvements include an historic barn and structure currently used as a workshop and studio/gallery, improvements made for ingress and egress, a right-of-way, and landscaping and utilities.

13.    Defendant alleges that the aforementioned improvements and Plaintiff's use of the Disputed Property constitutes a trespass and Defendant has demanded that Plaintiff vacate the Disputed Property and restore it to its natural habitat.

14.    Plaintiff alleges pre-existing vested rights in the Disputed Property, which rights vested while the Coast Dairies Property was privately owned and years before Defendant acquired title to same.

15.    An actual controversy exists regarding ownership and/or the parties' respective rights concerning the Disputed Property.

16.    Plaintiff seeks a determination of the parties' respective interests in the Disputed Property and a judgment quieting title in Plaintiff's favor.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter judgment quieting title in favor of Plaintiff and against the United States;

2. Declare that the United States has no right, title, or interest in the Disputed Property that is superior to Plaintiff's right, title or interest in same;

3. Enjoin Defendant from interfering with Plaintiff's use and enjoyment of the Disputed Property, including any attempt to remove existing Improvements;

4. Award Plaintiff costs and such other relief as the Court deems just and proper.

Dated: April 7, 2026                          Respectfully Submitted,

                                              DIBENEDETTO LAW GROUP, PC

                                              _____
                                              Anna DiBenedetto

                                              LAW OFFICE OF THOMAS D. MORELL

                                              _____
                                              Thomas D. Morell

                                              Attorneys for Plaintiff

# EXHIBIT A

Document Images

**2025-0003825  Page 2 of 3**

**Recording Requested By:**
Andre Lafleur

**Mail Property Tax Statements To:**
**When Recorded Return To:**
Andre Lafleur
PO Box 220
Davenport, CA 95017

APN/Parcel ID(s):  058-101-06                    Space Above This Line for Recorder's Use

## GRANT DEED

The undersigned grantor(s) declare(s)

☒ This transfer is exempt from the documentary transfer tax pursuant to Rule 462.160 (b)(2).
R&T 11930
Explanation: "Transfer into or out of a trust."

The property is located in the City of Davenport, County of Santa Cruz, State of California.

**FOR NO CONSIDERATION**, Andre Lafleur, a single man,

**hereby GRANTS** Andre Lafleur, as Trustee, of The Lafleur Revocable Trust, dated Feb. 21, , 2025.

**the following described real property** in the City of Davenport, County of Santa Cruz, State of California.

LOT 6, IN BLOCK 4, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "DAVENPORT SUBDIVISION NO. 2", FILED FOR RECORD DECEMBER 22, 1919 IN MAP BOOK 18, PAGE 29, SANTA CRUZ COUNTY RECORDS..

Dated: 2/21 , 2025

IN WITNESS WHEREOF, the undersigned have executed this document on the date set forth above.

Andre Lafleur

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2025-0003825  Page 3 of 3

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

**GRANT DEED**
(continued)

APN/Parcel ID(s):  058-101-06

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF SANTA CRUZ         )

On 2/21/2025, before me, Kristina M. Ferris, Notary Public, personally appeared, Andre Lafleur, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

Print KRISTINA M. FERRIS, NOTARY PUBLIC

My commission expires 9/30/2026

KRISTINA M. FERRIS
Notary Public - California
Santa Cruz County
Commission # 2418888
My Comm. Expires Sep 30, 2026

_____ [Seal] Notary Public

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

# EXHIBIT B

# APN 058-101-06



April 3, 2026

1:867

County of Santa Cruz

# EXHIBIT C

018m29



# DAVENPORT
## SUBDIVISION No. 2
### PART OF
### RANCHO SAN VICENTE
SANTA CRUZ CO. CALIF.

*JUNE 1918*    *S.K. ANNAND*

*SCALE 1"=100FT.*    *LICENSED SURVEYOR*

Note ~ Pipe monuments shown thus ⊥
2"x2" Stakes at all other lot corners
Distances on Curves are chord lengths

*SHEET No 1 OF TWO SHEETS*

018m29

The undersigned, COAST DAIRIES and LAND Co, a corporation, owner of the land embraced within the map entitled "DAVENPORT SUBDIVISION No 2", and numbered respectively Sheet No1 of two Sheets, and Sheet No2 of two Sheets, this certificate being on sheet No2, hereby consents to the making and filing of said map, and hereby dedicates OCEAN ST, CENTER ST, DAVENPORT AVE, FAIR AVE, RIVERSIDE AVE, SAN VICENTE ST, CHURCH ST, MARINE VIEW AVE and COAST ROAD as public highways for public use
In Witness Whereof, said corporation has caused its corporation name and seal to be hereunto affixed by the hand of its President and Secretary, hereunto duly authorized

COAST DAIRIES and LAND Co.

By ▮▮▮▮▮▮▮▮  President

Attest ▮▮▮▮▮▮▮▮  Secretary

# DAVENPORT
## SUBDIVISION No.2
### PART OF
### RANCHO SAN VICENTE
SANTA CRUZ CO. CALIF.

JUNE 1918              S.K. ANNAND
                      LICENSED SURVEYOR

State of California } s.s.
County of Santa Cruz }
On the ▮▮ day of ▮▮▮▮▮ in the year of our Lord One Thousand Nine Hundred and Nineteen before me ▮▮▮▮▮▮ a Notary Public in and for the County of Santa Cruz, State of California duly commissioned and sworn appeared ▮▮▮▮▮▮ known to me to be the persons that executed the within instrument and duly acknowledged to me that they executed the same as Vice President and Secretary respectively of said corporation
In Witness Whereof I have hereunto signed my name and affixed my official Seal this ▮▮ day of ▮▮▮▮▮ AD 1919

▮▮▮▮▮▮

Notary Public in and for the County
of Santa Cruz, State of California

I ▮▮▮▮▮▮ Clerk of the Board of Supervisors of the county of Santa Cruz, State of California do hereby certify that Coast Dairies and Land Co has filed a bond with said Board in the amount of two hundred dollars ($200°°) which in terms inures to the benefit of said county of Santa Cruz, State of California conditioned for the payment of all taxes which at the time said bond was filed were a lien against the tract of land or any part thereof which is shown upon this map, but not then payable and that said map has been approved by said Board and that said Board does not accept on behalf of the public OCEAN ST, CENTER ST, DAVENPORT AVE, FAIR AVE, RIVERSIDE AVE, SAN VICENTE ST CHURCH ST, and MARINE VIEW AVE as public highways for public use but does accept COAST ROAD or present county road as a public highway for public use
In Witness Whereof I have hereunto set my hand this 16th day of December AD 1919

▮▮▮▮▮▮

county clerk and Ex-officio clerk of the Board of Supervisors of the county of Santa Cruz, State of California

I ▮▮▮▮▮▮ County Auditor of the County of Santa Cruz, State of California, do hereby certify that I have examined all the tax rolls in my office and to which I have access relating to the within described tract of land, for the purpose of ascertaining whether there exist any liens on said tract of land for unpaid State and County taxes except taxes not yet payable, and I do hereby certify that after a careful examination of the tax rolls of Santa Cruz County, State of California in my office and in my possession I have been unable to find any lien on said tract of land or any part thereof for unpaid State or County taxes
In Witness Whereof I have hereunto set my hand this ▮▮ day of ▮▮▮ AD 1919

▮▮▮▮▮▮
County Auditor

I hereby certify that the Subdivision shown on this map is made from my own survey of the ground and that the monuments are of the nature and in the locations shown on the map

▮▮▮▮▮▮
Licensed Surveyor

This map is accepted for filing this 22nd day of December AD 1919

▮▮▮▮▮▮
County Recorder

SHEET No2 OF TWO SHEETS

# EXHIBIT D

**VOLUME** 124 **OF MAPS, PAGE** 32

This map being filed in accordance with Section 8762(b) (1) (2) (3) of the Professional Land Surveyors' Act.

## COURSES

L1 N47°31'00"E 40.00' (A)

L2 S74°26'00"E 45.06'   (S74°26'E 45.48' (A))   (N74°29'W 45.48' (B))   (N73°14'07"W 45.06' (C))

L3 S65°31'24"E 9.82'   (S65°33'E 9.48' (A))   (N65°36'W 9.48' (B))   (S64°21'05"E 9.86' (C))

L4 N38°19'50"E 109.00', CORNER TO CORNER   (N38°22'E 109.02' (A))

C1 R=53.99' D=26°00'15" L=24.50' CH=24.29' (A)

C2 R=53.99' D=72°00'55" L=67.86' CH=63.47' (A)

C3 R=53.99' D=62°28'33" L=58.87' CH=56.00' (A)

C4 R=13.99' D=160°31'43" L=39.20' CH=27.58' (A)

C5 R=10.00' D=121°33'40" L=21.22' CH=17.48' (A)

C6 R=21.73' D=102°26'00" L=38.85' CH=33.88' (A) (B)

Distances shown on curves on 18-M-29 are chord lengths.

## REFERENCES

(A) DAVENPORT, SUBDIVISION NO.2, 18-M-29

(B) PARCEL MAP, 27-PM-38

(C) RECORD OF SURVEY, 122-M-35

UNITED STATES OF AMERICA
DOC.#2014-0011550
UPLAND PARCEL TWO
APN 058-122-12

**DAVENPORT SUB. No. 2**
**18 - M - 29**

## SURVEYOR'S STATEMENT

This map correctly represents a survey made by me or under my direction in conformance with the requirements of the Professional Land Surveyors' Act at the request of George Majors, Josiah Adams, Bill Henry and Carol Morgan in 2015.

ROBERT J. CRAIG
Professional Land Surveyor No. 5418

LICENSED LAND SURVEYOR
ROBERT J. CRAIG
5418
STATE OF CALIFORNIA

## LEGEND

● Indicates monument, found as noted.
● Indicates found standard street monument per (C).
○ Indicates set 1/2" x 36" rebar, capped "LS 5418"
✦ Indicates set 8"spike & tag "LS 5418".

——— Indicates surveyed boundaries.
——— Indicates other boundaries.

CH = Chord Length

All distances shown are in feet and decimals thereof.

## COUNTY SURVEYOR'S STATEMENT

This map has been examined in accordance with Section 8766 of the Professional Land Surveyors' Act this 1st day of MARCH, 2016.

GREG JONES COUNTY SURVEYOR
Professional Land Surveyor No 8376
Expiration Date: 12/31/2017

PROFESSIONAL LAND SURVEYOR
GREGORY R. JONES
No. 8376
STATE OF CALIFORNIA

## RECORDER'S STATEMENT

Filed this 10th day of MARCH, 2016, at 8:23 a.m. in Volume 124 of Maps at Page 32, at the request of Robert Craig.

SEAN SALDAVIA
By Deputy DARI AGNONE

File: 2016-0008051
Fee: $10.00

COUNTY RECORDER OF SANTA CRUZ COUNTY, CALIFORNIA

## BASIS OF BEARINGS

NORTH 28°00'00"EAST ALONG THE EASTERN LINE OF CHURCH STREET AS SAID BEARING IS SHOWN ON 18-M-29 ESTABLISHED BETWEEN MONUMENTS FOUND AS SHOWN ALONG SAID LINE ON 27-PM-38.

SCALE 1"=50'
0   50   100

**ROBERT J. CRAIG**
LICENSED LAND SURVEYOR
966 ELSIE MAE DRIVE
BOULDER CREEK, CA 95006
(831) 359-1750
(408) 884-3791
RobertJamesCraig@aol.com

**RECORD OF SURVEY**
LOTS 3, 5 & 6, BLOCK 4
& LOTS 1 & 2, BLOCK 5
DAVENPORT SUB. #2, 18-M-29
SITUATED IN
DAVENPORT
UNINCORPORATED AREA OF
SANTA CRUZ COUNTY, CALIFORNIA

| | | |
|---|---|---|
| SCALE 1"= 50' | DRAWN RJC | INDEX SANTA CRUZ CO. |
| DEC. 29, 2015 | | C-15104, C-15109 |
| FIELD RJC, NIB, BJD | FB#212 | C-15110, C-15166 |

SHEET 1 OF 1

ADAMS & KROEKER
DOC#2014-0034047
APN 058-101-05

MAJORS
DOC.#2013-0049695
APN 058-101-06

BLOCK 4

KRUG
DOC#2007-0034356
APN 058-101-04

MORGAN
DOC#2008-0043038
APN 058-101-03

CROLL & STELLER
DOC.#2011-0043978
APN 058-101-08

BLOCK 5
APN 058-102-04
COUNTY OF SANTA CRUZ
2715 OR 664

HENRY & BIRKHEAD
DOC.# 2013-0035867
PARCEL ONE
APN 058-102-05

HENRY & BIRKHEAD
DOC.# 2013-0035867
PARCEL TWO
APN 058-102-06

ROMAN CATHOLIC BISHOP
OF MONTEREY DIOCESE
2720 OR 700

CHURCH ST. (40')

MARINE VIEW AVE. (40')

122-M-35

27-PM-38

# EXHIBIT E

Volume _122_ of MAPS, Page _6_

## SURVEYOR'S STATEMENT

This map correctly represents a survey made by me or under my direction in conformance with the requirements of the Professional Land Surveyors' Act at the request of Coast Dairies and Land Co. in March, 2013.

   

Robert L. DeWitt    R.C.E. 20919    Date 5-1-14

No. 20919

### MOLINO CREEK

| COURSE TABLE | | | | COURSE TABLE | | |
|---|---|---|---|---|---|---|
| LINE | BEARING | LENGTH | | LINE | BEARING | LENGTH |
| 1 | N61°17'49"E | 63.36 | | 12 | N41°27'11"W | 99.00 |
| 2 | N12°02'49"E | 340.56 | | 13 | N69°02'49"E | 574.20 |
| 3 | N47°17'49"E | 68.64 | | 14 | N70°47'49"E | 726.00 |
| 4 | N10°57'11"W | 198.00 | | 15 | N60°12'49"E | 429.00 |
| 5 | N23°02'49"E | 103.62 | | 16 | N47°17'49"E | 366.96 |
| 6 | N7°47'49"E | 224.40 | | 17 | N3°27'11"W | 72.60 |
| 7 | N24°32'49"E | 112.20 | | 18 | N19°17'49"E | 198.00 |
| 8 | N28°02'49"E | 277.20 | | 19 | N9°02'49"E | 158.40* |
| 9 | S77°12'11"E | 54.12 | | 20 | N30°02'49"E | 572.22 |
| 10 | S56°57'11"E | 82.50 | | 21 | N17°32'49"E | 126.72 |
| 11 | N73°02'49"E | 132.00 | | *SEE NOTE 4 BELOW | | |

### 100' RAILROAD R/W ₵ (167-D-443)

| COURSE TABLE | | | | CURVE TABLE | | | |
|---|---|---|---|---|---|---|---|
| LINE | BEARING | LENGTH | | CURVE | LENGTH | RADIUS | DELTA |
| L1 | N82°15'19"E | 1554.30 | | C1 | 484.20 | 478.30 | 58°00'09" |
| L2 | N24°09'19"E | 610.40 | | C2 | 120.50 | 478.30 | 14°26'05" |
| L3 | N12°09'19"E | 210.10 | | C3 | 296.70 | 1146.30 | 14°49'48" |
| L4 | N26°59'19"E | 455.60 | | C4 | 351.70 | 2864.90 | 7°02'01" |
| L5 | N19°57'19"E | 318.40 | | C5 | 246.70 | 955.40 | 14°47'41" |
| L6 | N34°45'19"E | 447.50 | | C6 | 415.00 | 478.30 | 49°42'47" |
| L7 | N15°02'41"W | 119.10 | | C7 | 551.40 | 478.30 | 66°03'09" |
| L8 | N51°07'19"E | 601.30 | | C8 | 370.80 | 478.30 | 44°25'06" |
| L9 | N06°37'19"E | 322.00 | | C9 | 365.70 | 737.60 | 28°24'26" |
| L10 | N51°45'19"E | 202.80 | | C10 | 255.10 | 877.40 | 16°39'31" |
| L11 | N46°19'19"E | 68.00 | | C11 | 393.40 | 410.30 | 54°56'09" |
| | | | | C12 | 351.10 | 410.30 | 49°01'44" |
| | | | | C13 | 275.00 | 410.30 | 38°24'07" |
| | | | | C14 | 200.00 | 573.70 | 19°58'27" |
| | | | | C15 | 345.00 | 410.30 | 48°10'37" |
| | | | | C16 | 249.82± | 410.30 | 34°53'07" |

## NOTES

(1) BEARINGS AND DISTANCES ARE BASED ON THE CALIFORNIA COORDINATE SYSTEM, NAD83 (1991.35), ZONE 3, BY TIES TO NATIONAL GEODETIC SURVEY CONTROL STATION "MAJORS TPC 1971" (NORTHING 1,819,311.40, EASTING 6,078,477.67), (PID GU4087) AND "HPGN CA 04 02" (NORTHING 1,837,346.04, EASTING 6,060,703.10), (PID H13666). DIVIDE DISTANCES BY THE COMBINED FACTOR 1.00000918 TO OBTAIN GROUND LEVEL DISTANCES.

(2) ALL DISTANCES ARE EXPRESSED IN FEET AND DECIMALS THEREOF.

(3) UPLAND PARCEL TWO REFERS TO THE LANDS CONVEYED BY COAST DAIRIES AND LAND CO. TO THE UNITED STATES OF AMERICA BY GRANT DEED RECORDED AS DOCUMENT NO. 2014-0011550, PURSUANT TO COASTAL DEVELOPMENT PERMIT CDP 3-11-035. UPLAND PARCEL TWO IS A PORTION OF THE LANDS DESCRIBED IN 136-D-453. THE CONVEYANCE OF LAND TO A GOVERNMENTAL AGENCY DOES NOT REQUIRE A MAP UNDER THE MAP ACT PER GOVERNMENT CODE 66462.5

AGRICULTURAL PARCEL TWO REFERS TO THE LANDS OF COAST DAIRIES AND LAND CO. DESCRIBED IN 136-D-453.

(4) THE NORTHERLY LINE OF UPLAND PARCEL TWO AS DESCRIBED IN 136-DEEDS-453 INTERSECTS COURSE NO. 19 OF MOLINO CREEK AT N9°02'49"E 82.82' FROM BEGINNING OF SAID COURSE. THE NORTHERLY LINE OF UPLAND PARCEL TWO IS COMPILED FROM RECORD MAP AND DEED DATA AND TIES TO MONUMENTS ON THE NORTHERLY LINE OF RANCHO ARROYO DE LA LAGUNA AS SHOWN HEREON.

(5) THE EAST BOUNDARY OF UPLAND PARCEL TWO IS SAN VICENTE CREEK. THE COURSES FOR SAID BOUNDARY ARE DERIVED FROM EITHER RANCHO PLAT - OR BOTH - AS SHOWN HEREON. THE COURSES ARE ROTATED (ABOUT THE NORTH END OF THE LINE AS SHOWN) FIRST 1°09'58" COUNTER-CLOCKWISE TO FIT THE GRID BEARING BASE, THEN AN ADDITIONAL ROTATION OF 0'30'00" WAS ADDED TO BETTER FIT THE APPROXIMATE LOCATION OF SAN VICENTE CREEK IN RELATION TO THE ACTUAL TOWN OF DAVENPORT.

## COUNTY SURVEYOR'S STATEMENT

This map has been examined in accordance with Section 8766 of the Professional Land Surveyors' Act this _2ND_ day of _MAY_, 2014.

(Signed and sealed)

County Surveyor: Gregory R. Jones
L.S. 8376

GREGORY R. JONES    No. 8376

## RECORDER'S STATEMENT

Filed this _6TH_ day of _MAY_, 2014.
at _9:00_ a.m. in Vol. _122_ of Maps at Page _6_
at the request of Coast Dairies and Land Co.
INST. NO. 2014-0014387

SEAN SALDAVIA
County Recorder

FRED DELLA SANTINA
By Deputy



## LEGEND

- ● Found monument as noted.
- ■ Indicates found 6X6 concrete Caltrans monument.
- ✿ Indicates found 2" aluminum cap stamped "CALIF DEPT PARKS REC 2008" on iron mon.
- ( ) Indicates record data per 115-M-19.
- ( )¹ Indicates record data per Rancho San Vicente plat
- ( )² Record data per Rancho Arroyo De La Laguna plat
- ( )³ Indicates record data per 73-M-69.
- ( )⁴ Indicates record data per 53-M-25
- ( )⁵ Indicates record data per Caltrans Highway Maps
- [ ] Indicates record data per DOC. 2011-0052877
- < > Indicates record data per 136-DEEDS-453
- { } Indicates record data per 878-OR-647
- CH. Indicates distances in chains
- R&M Indicates Record & Measured.

## LINETYPES

——————— NEW PROPERTY LINE
— — — — — EXISTING PROPERTY LINE
— — — — — ADJOINING PROPERTY LINE
– – – – – EXISTING EASEMENT
— · — · — OLD LOT LINE
— — — — — 100' R/W CENTERLINE

## BASIS OF BEARINGS

N57°04'43"W BETWEEN MONUMENTS SHOWN AS POINT "A" (A 6X6 CONCRETE MONUMENT AND POINT "B" (HPGN CA 04 02) ON SHEET 2 OF THIS MAP, BEING THE SAME MON'S SHOWN ON SHEETS 3 AND 4 OF 115-M-19.

CDP Application 3-11-035
## RECORD OF SURVEY
SHOWING THE LANDS DESCRIBED IN
### TRACT II, PER DOC. #2014-0011550
BEING A PORTION OF THE LANDS CONVEYED TO
## COAST DAIRIES AND LAND COMPANY
PER THE GRANT DEED RECORDED IN
### VOL. 136 OF DEEDS, PAGE 453
SANTA CRUZ COUNTY RECORDS
BEING A PORTION OF RANCHO SAN VICENTE
PROJECTED INTO TOWNSHIP 10 S., RANGE 3 W., M.D.B.&M.
### COUNTY OF SANTA CRUZ, CALIFORNIA
SCALE 1"=1000'        MAY 2014
ROBERT L. DEWITT AND ASSOCIATES, INC.
CIVIL ENGINEERS AND LAND SURVEYORS
1607 OCEAN STREET, SUITE ONE
SANTA CRUZ, CALIFORNIA

SHEET ONE OF THREE

### DETAIL A
Scale: 1"=250'

APN 058-022-07, -08, -09, -10, -11, 058-092-08, 058-113-01, 058-122-10, -12, -13

5-01-14        R12013-RS-VICENTE.DWG

UNITED STATES OF AMERICA
DOC. #2014-0011550, TRACT II
PARCEL ONE, UPLAND PARCEL TWO

COAST DAIRIES & LAND COMPANY
136-DEEDS-453, (PORTION)
(ALSO SHOWN AS EXHIBIT "AP-2",
AGRICULTURAL PARCEL TWO,
AS EXCEPTED FROM
DOC. #2014-0011550,
TRACT II, PARCEL ONE)

## SURVEYOR'S STATEMENT

This map correctly represents a survey made by me or under my direction in conformance with the requirements of the Professional Land Surveyors' Act at the request of Coast Dairies and Land Co. in March, 2013.



 

Robert L. DeWitt    R.C.E. 20919    Date  5-1-14

REGISTERED PROFESSIONAL ENGINEER — ROBERT L. DeWITT — No. 20919 — CIVIL — STATE OF CALIFORNIA

### MOLINO CREEK

| COURSE TABLE | | | | COURSE TABLE | | |
|---|---|---|---|---|---|---|
| LINE | BEARING | LENGTH | | LINE | BEARING | LENGTH |
| 1 | N61°17'49"E | 63.36 | | 12 | N41°27'11"W | 99.00 |
| 2 | N12°02'49"E | 340.56 | | 13 | N69°02'49"E | 574.20 |
| 3 | N47°17'49"E | 68.64 | | 14 | N70°47'49"E | 726.00 |
| 4 | N10°57'11"W | 198.00 | | 15 | N60°12'49"E | 429.00 |
| 5 | N23°02'49"E | 103.62 | | 16 | N47°17'49"E | 366.96 |
| 6 | N7°47'49"E | 224.40 | | 17 | N3°27'11"W | 72.60 |
| 7 | N24°32'49"E | 112.20 | | 18 | N19°17'49"E | 198.00 |
| 8 | N28°02'49"E | 277.20 | | 19 | N9°02'49"E | 158.40* |
| 9 | S77°12'11"E | 54.12 | | 20 | N30°02'49"E | 572.22 |
| 10 | S56°57'11"E | 82.50 | | 21 | N17°32'49"E | 126.72 |
| 11 | N73°02'49"E | 132.00 | | | *SEE NOTE 4 BELOW | |

### 100' RAILROAD R/W ₵ (167-D-443)

| COURSE TABLE | | | | CURVE TABLE | | | |
|---|---|---|---|---|---|---|---|
| LINE | BEARING | LENGTH | | CURVE | LENGTH | RADIUS | DELTA |
| L1 | N82°15'19"E | 1554.30 | | C1 | 484.20 | 478.30 | 58°00'09" |
| L2 | N24°09'19"E | 610.40 | | C2 | 120.50 | 478.30 | 14°26'05" |
| L3 | N12°09'19"E | 210.10 | | C3 | 296.70 | 1146.30 | 14°49'48" |
| L4 | N26°59'19"E | 455.60 | | C4 | 351.70 | 2864.90 | 7°02'01" |
| L5 | N19°57'19"E | 318.40 | | C5 | 246.70 | 955.40 | 14°47'41" |
| L6 | N34°45'19"E | 447.50 | | C6 | 415.00 | 478.30 | 49°42'47" |
| L7 | N15°02'41"W | 119.10 | | C7 | 551.40 | 478.30 | 66°03'09" |
| L8 | N51°07'19"E | 601.30 | | C8 | 370.80 | 478.30 | 44°25'06" |
| L9 | N06°37'19"E | 322.00 | | C9 | 365.70 | 737.60 | 28°24'26" |
| L10 | N51°45'19"E | 202.80 | | C10 | 255.10 | 877.40 | 16°39'31" |
| L11 | N46°19'19"E | 68.00 | | C11 | 393.40 | 410.30 | 54°56'09" |
| | | | | C12 | 351.10 | 410.30 | 49°01'44" |
| | | | | C13 | 275.00 | 410.30 | 38°24'07" |
| | | | | C14 | 200.00 | 573.70 | 19°58'27" |
| | | | | C15 | 345.00 | 410.30 | 48°10'37" |
| | | | | C16 | 249.82± | 410.30 | 34°53'07" |

## NOTES

(1) BEARINGS AND DISTANCES ARE BASED ON THE CALIFORNIA COORDINATE SYSTEM, NAD83 (1991.35), ZONE 3, BY TIES TO NATIONAL GEODETIC SURVEY CONTROL STATION "MAJORS TPC 1971" (NORTHING 1,819,311.40, EASTING 6,078,477.67), (PID GU4087) AND "HPGN CA 04 02" (NORTHING 1,837,346.04, EASTING 6,060,703.10), (PID H73666). DIVIDE DISTANCES BY THE COMBINED FACTOR 1.00000918 TO OBTAIN GROUND LEVEL DISTANCES.

(2) ALL DISTANCES ARE EXPRESSED IN FEET AND DECIMALS THEREOF.

(3) UPLAND PARCEL TWO REFERS TO THE LANDS CONVEYED BY COAST DAIRIES AND LAND CO. TO THE UNITED STATES OF AMERICA BY GRANT DEED RECORDED AS DOCUMENT NO. 2014-0011550, PURSUANT TO COASTAL DEVELOPMENT PERMIT CDP 3-11-035. UPLAND PARCEL TWO IS A PORTION OF THE LANDS DESCRIBED IN 136-D-453. THE CONVEYANCE OF LAND TO A GOVERNMENTAL AGENCY DOES NOT REQUIRE A MAP UNDER THE MAP ACT PER GOVERNMENT CODE 66462.5

AGRICULTURAL PARCEL TWO REFERS TO THE LANDS OF COAST DAIRIES AND LAND CO. DESCRIBED IN 136-D-453.

(4) THE NORTHERLY LINE OF UPLAND PARCEL TWO AS DESCRIBED IN 136-DEEDS-453 INTERSECTS COURSE NO. 19 OF MOLINO CREEK AT N9°02'49"E 82.82' FROM BEGINNING OF SAID COURSE. THE NORTHERLY LINE OF UPLAND PARCEL TWO IS COMPILED FROM RECORD MAP AND DEED DATA AND TIES TO MONUMENTS ON THE NORTHERLY LINE OF RANCHO ARROYO DE LA LAGUNA AS SHOWN HEREON.

(5) THE EAST BOUNDARY OF UPLAND PARCEL TWO IS SAN VICENTE CREEK. THE COURSES FOR SAID BOUNDARY ARE DERIVED FROM EITHER RANCHO PLAT — OR BOTH — AS SHOWN HEREON. THE COURSES ARE ROTATED (ABOUT THE NORTH END OF THE LINE AS SHOWN) FIRST 1°09'58" COUNTER-CLOCKWISE TO FIT THE GRID BEARING BASE, THEN AN ADDITIONAL ROTATION OF 0'30"00" WAS ADDED TO BETTER FIT THE APPROXIMATE LOCATION OF SAN VICENTE CREEK IN RELATION TO THE ACTUAL TOWN OF DAVENPORT.

## COUNTY SURVEYOR'S STATEMENT

This map has been examined in accordance with Section 8766 of the Professional Land Surveyors' Act this 2ND day of MAY, 2014.

(Signed and sealed)

County Surveyor: Gregory R. Jones
L.S. 8376

PROFESSIONAL LAND SURVEYOR — GREGORY R. JONES — No. 8376 — STATE OF CALIFORNIA

## RECORDER'S STATEMENT

Filed this 6TH day of MAY, 2014.
at 9:00 a.m. in Vol. 122 of Maps at Page 6
at the request of Coast Dairies and Land Co.
INST. NO. 2014-0014387

SEAN SALDAVIA
County Recorder

FRED DELLA SANTINA
By Deputy

COUNTY RECORDER OF SANTA CRUZ COUNTY, CALIFORNIA

## LEGEND

- ● Found monument as noted.
- ■ Indicates found 6X6 concrete Caltrans monument.
- ⌁ Indicates found 2" aluminum cap stamped "CALIF DEPT PARKS REC 2008" on iron mon.
- ( ) Indicates record data per 115-M-19.
- ( )¹ Indicates record data per Rancho San Vicente plat
- ( )² Record data per Rancho Arroyo De La Laguna plat
- ( )³ Indicates record data per 73-M-69.
- ( )⁴ Indicates record data per 53-M-25
- ( )⁵ Indicates record data per Caltrans Highway Maps
- [ ] Indicates record data per DOC. 2011-0052877
- < > Indicates record data per 136-DEEDS-453
- { } Indicates record data per 878-OR-647
- CH. Indicates distances in chains
- R&M Indicates Record & Measured.

## LINETYPES

- NEW PROPERTY LINE
- EXISITING PROPERTY LINE
- ADJOINING PROPERTY LINE
- EXISTING EASEMENT
- OLD LOT LINE
- 100' R/W CENTERLINE

## BASIS OF BEARINGS

N57°04'43"W BETWEEN MONUMENTS SHOWN AS POINT "A" (A 6X6 CONCRETE MONUMENT AND POINT "B" (HPGN CA 04 02) ON SHEET 2 OF THIS MAP, BEING THE SAME MON'S SHOWN ON SHEETS 3 AND 4 OF 115-M-19.

CDP Application 3-11-035

## RECORD OF SURVEY

SHOWING THE LANDS DESCRIBED IN

### TRACT II, PER DOC. #2014-0011550

BEING A PORTION OF THE LANDS CONVEYED TO

### COAST DAIRIES AND LAND COMPANY

PER THE GRANT DEED RECORDED IN

### VOL. 136 OF DEEDS, PAGE 453

SANTA CRUZ COUNTY RECORDS

BEING A PORTION OF RANCHO SAN VICENTE PROJECTED INTO TOWNSHIP 10 S., RANGE 3 W., M.D.B.&M.

### COUNTY OF SANTA CRUZ, CALIFORNIA

SCALE 1"=1000'    MAY 2014

ROBERT L. DEWITT AND ASSOCIATES, INC.
CIVIL ENGINEERS AND LAND SURVEYORS
1607 OCEAN STREET, SUITE ONE
SANTA CRUZ, CALIFORNIA

SHEET ONE OF THREE

APN 058-022-07, -08, -09, -10, -11, 058-092-08, 058-113-01, 058-122-10, -12, -13

5-01-14    R12013-RS-VICENTE.DWG

DETAIL A
Scale: 1"=250'





LEGEND

○  Set 1/2" I.P., tagged RCE 20,919.
●  Found monument as noted.
■  Indicates found 6X6 concrete Caltrans monument.
⌀  Indicates found 2" aluminum cap stamped "CALIF DEPT PARKS REC 2008" on iron mon.
( )  Indicates record data per 115-M-19
[ ]  Indicates record data per Caltrans Right of Way Record Maps
{ }  Indicates record data per unfiled Record of Survey for Lonestar Industries by George Dunbar in December 1985.
< >  Indicates record data 192-D-197
R&M  Indicates Record & Measured.
NTS  Not to scale

DETAIL A N.T.S.
DETAIL B N.T.S.
DETAIL C N.T.S.

UNITED STATES OF AMERICA
DOC. #2014-0011550, TRACT II
PARCEL ONE, UPLAND PARCEL TWO

COAST DAIRIES & LAND COMPANY
136-DEEDS-453, (PORTION)
(ALSO SHOWN AS EXHIBIT "AP-2",
AGRICULTURAL PARCEL TWO,
AS EXCEPTED FROM
DOC. #2014-0011550,
TRACT II, PARCEL ONE)

BASIS OF BEARINGS
N57°04'43"W
4948.93' (4949.00')

POINT A

POINT B: "HPGN 04 02"
NORTHING: 1,837,346.04
EASTING: 6,060,703.10
NAD83, ZONE 3, 1991.35

STATE OF CALIFORNIA
PARKS & RECREATION
DOC. #2006-0051127
115-M-19

STATE ROUTE 1

U.P.R.R.

LONESTAR CALIFORNIA, INC.
5531-OR-189

LINETYPES

———————  NEW PROPERTY LINE
– – – – –  EXISITING PROPERTY LINE
–·–·–·–  ADJOINING PROPERTY LINE
=========  EXISTING PRIVATE ROAD
·········  OLD LOT LINE

CDP Application 3-11-035
RECORD OF SURVEY
SHOWING THE LANDS DESCRIBED IN
TRACT II, PER DOC. #2014-0011550
BEING A PORTION OF THE LANDS CONVEYED TO
COAST DAIRIES AND LAND COMPANY
PER THE GRANT DEED RECORDED IN
VOL. 136 OF DEEDS, PAGE 453
SANTA CRUZ COUNTY RECORDS
BEING A PORTION OF RANCHO SAN VICENTE
PROJECTED INTO TOWNSHIP 10 S., RANGE 3 W., M.D.B.&M.
COUNTY OF SANTA CRUZ, CALIFORNIA
SCALE 1"=300'          MAY 2014
ROBERT L. DEWITT AND ASSOCIATES, INC.
CIVIL ENGINEERS AND LAND SURVEYORS
1607 OCEAN STREET, SUITE ONE
SANTA CRUZ, CALIFORNIA
SHEET TWO OF THREE

APN 058-022-07, -08, -09, -10, -11, 058-092-08, 058-113-01, 058-122-10, -12, -13

5-01-14                                    R12013-RS-VICENTE.DWG



### LINE TABLE

| LINE | BEARING | LENGTH |
|---|---|---|
| L38 | S56°58'52"W | 125.00 |
| L39 | N56°58'52"E | 92.35 |
| L40 | N24°18'52"E | 201.85 |
| L41 | S4°49'52"W | 13.02 |
| L42 | S85°10'08"E | 40.00 |
| L43 | N4°49'52"E | 18.36 |
| L44 | N42°28'40"E | 26.15 |
| L45 | S47°31'22"E | 28.69 |
| L46 | N41°19'13"E | 154.68 |
| L47 | N5°33'50"W | 86.97 |
| L48 | N51°00'09"W | 109.23 |
| L49 | N59°39'20"W | 70.89 |
| L50 | S24°33'52"W | 25.20 |
| L51 | N48°17'08"W | 113.09 |
| L52 | N58°27'08"W | 109.84 |
| L53 | N75°12'08"W | 78.41 |
| L54 | N20°32'41"W | 55.39 |
| L55 | N39°32'52"E | 162.05 |
| L56 | N50°27'08"W | 160.31 |
| L57 | S39°32'52"W | 151.08 |
| L58 | S12°08'52"W | 100.24 |
| L59 | S20°08'52"W | 100.24 |
| L60 | S31°02'52"W | 82.92 |
| L61 | N44°43'08"W | 20.00 |
| L62 | S65°36'15"W | 57.58 |
| L63 | S45°16'52"W | 50.00 |
| L64 | N44°43'08"W | 20.00 |
| L65 | S45°16'52"W | 40.00 |
| L66 | S27°24'09"W | 130.29 |
| L67 | S44°43'08"W | 20.00 |
| L68 | S24°42'52"W | 170.59 |
| L69 | N60°42'08"W | 75.70 |
| L70 | S29°28'25"W | 53.58 |
| L71 | S29°17'52"W | 14.07 |
| L72 | N18°48'52"E | 140.00 |
| L73 | N85°53'04"W | 136.04 |
| L74 | S61°48'52"W | 78.28 |
| L75 | N31°00'52"W | 59.50 |
| L76 | S31°00'52"W | 60.00 |
| L77 | N68°19'08"W | 40.54 |
| L78 | S31°00'52"W | 162.02 |
| L79 | S82°15'19"W | 78.79 |
| L80 | N69°29'41"W | 21.64 |
| L81 | N69°29'41"W | 189.64 |

### CURVE TABLE

| CURVE | LENGTH | RADIUS | DELTA |
|---|---|---|---|
| C3 | 90.77 | 159.20 | 32°40'00" |
| C4 | 30.91 | 257.35 | 6°52'53" |
| C5 | 52.91 | 297.35 | 10°11'45" |
| C6 | 93.64 | 220.91 | 24°17'15" |
| C7 | 189.11 | 260.85 | 41°32'18" |
| C8 | 76.27 | 150.00 | 29°08'01" |
| C9 | 68.86 | 170.00 | 22°32'00" |
| C10 | 56.00 | 53.99 | 59°25'44" |

*THE COURSES IN THIS TABLE AND AROUND DAVENPORT SUBD. NO. 2 & NO. 3, AND AS SHOWN ON 18-M-29 & 18-M-30, HAVE BEEN ROTATED 1°17'52" CLOCKWISE TO FIT THE BASIS OF BEARINGS ON THIS MAP.

## LEGEND

●    *Found monument as noted.*

( )    Indicates record data per 115-M-19, unless otherwise noted hereon.

[ ]    Indicates record data per Caltrans Right of Way Record Maps

< >    Indicates record data per unrecorded Record of Survey for Lonestar Industries by George Dunbar in December 1985.

R&M    Indicates Record & Measured.

## LINETYPES

————————— EXISITING PROPERTY LINE

— — — — — ADJOINING PROPERTY LINE

– – – – – – EXISTING EASEMENT

— — — — — OLD LOT LINE

NOTE:
BEARINGS AND DISTANCES ARE BASED ON THE CALIFORNIA COORDINATE SYSTEM, NAD83 (1991.35), ZONE 3, BY TIES TO NATIONAL GEODETIC SURVEY CONTROL STATION "MAJORS TPC 1971" (NORTHING 1,819,311.40, EASTING 6,078,477.67), (PID GU4087) AND "HPGN CA 04 02" (NORTHING 1,837,346.04, EASTING 6,060,703.10), (PID HT3666).

NOTE:
CALTRANS RIGHT-OF-WAY RECORD MAPS FOR STATE HIGHWAY 1 USED ON THIS MAP INCLUDE R508.14 AND R508.15. CALTRANS MAPS ON FILE AT THE COUNTY OF SANTA CRUZ, SURVEYOR'S OFFICE.

*CDP Application 3-11-035*
# RECORD OF SURVEY
SHOWING THE LANDS DESCRIBED IN
*TRACT II, PER DOC. #2014-0011550*
BEING A PORTION OF THE LANDS CONVEYED TO
*COAST DAIRIES AND LAND COMPANY*
PER THE GRANT DEED RECORDED IN
*VOL. 136 OF DEEDS, PAGE 453*
SANTA CRUZ COUNTY RECORDS
BEING A PORTION OF RANCHO SAN VICENTE
PROJECTED INTO TOWNSHIP 10 S., RANGE 3 W., M.D.B.&M.
*COUNTY OF SANTA CRUZ, CALIFORNIA*
SCALE 1"=200'        MAY 2014
*ROBERT L. DEWITT AND ASSOCIATES, INC.*
*CIVIL ENGINEERS AND LAND SURVEYORS*
1607 OCEAN STREET, SUITE ONE
SANTA CRUZ, CALIFORNIA

SHEET THREE OF THREE

APN 058-022-07, -08, -09, -10, -11, 058-092-08, 058-113-01, 058-122-10, -12, -13

5-01-14

R12013-RS-VICENTE.DWG

# EXHIBIT F

Document Images

Sales Document

**2016-0041084  Page 1 of 49**



2016-0041084  10/21/2016  11:01:44 AM
OFFICIAL RECORDS OF Santa Cruz County
Sean Saldavia Recorder
RECORDING FEE: $159.00
COUNTY TAX: $0.00
CITY TAX: $0.00

DEED
49 PGS
RCD170

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
_____

U.S. Department of the Interior
ATTN: Karen Montgomery
Bureau of Land Management
2800 Cottage Way
Sacramento, CA   95825

DOCUMENTARY TRANSFER TAX: None
(This conveyance is exempt from any documentary
transfer tax per California Revenue and Taxation
Code Section 11922)

PRELIMINARY CHANGE OF OWNERSHIP REPORT:
This transfer is exempt from the requirements of California
Revenue and Taxation Code Section 480.3 pursuant to
Section 5081 et seq., as the Property is transferred to the
United States of America.

All or portions of APNs: 058-022-07, 058-022-08, 058-022-11, 058-031-01, 058-113-01, 058-122-10, 058-122-12,
058-122-13, 059-011-03, 059-011-04, 059-011-05, 059-011-10, 059-011-11, 059-011-13, 059-151-01, 059-151-02,
062-141-02, 063-071-04063-251-03

## Correction Grant Deed

This Correction Grant Deed is being recorded solely for the purpose of including
Exhibits B and C which were not included in Grant Deed recorded April 14, 2014 as
Instrument No. 2014-0011550

FOR AND IN CONSIDERATION as a donation,

**THE TRUST FOR PUBLIC LAND,**
a California nonprofit public benefit corporation, as successor in interest by merger with **COAST
DAIRIES & LAND CO.,** a California nonprofit public benefit corporation ("Grantor")

Hereby GRANTS to the **UNITED STATES OF AMERICA, and its assigns**, ("Grantee") acting
under authority of Section 205 of the Federal Land Policy and Management Act of 1976 (43
U.S.C. 1701 et seq.) the following described real property situated in the State of California,
County of Santa Cruz:

DESCRIBED IN EXHIBIT "A" CONSISTING OF ____ PAGES ATTACHED HERETO AND BY
THIS REFERENCE MADE A PART HEREOF (the "Subject Property")

The parcels of land to which the above description applies contain 5,843 acres, more or less.

**THE SUBJECT PROPERTY IS CONVEYED SUBJECT TO THE FOLLOWING
PROVISIONS:**

(a)     The Subject Property shall be used and managed for open space and public
recreation in a manner consistent with the protection and preservation of natural resources,
restoration of endangered species and their associated natural habitats, adjacent sustainable

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 2 of 49

agricultural uses, and the rights and interests of the Subject Property's current lessees or their successors in interest;

(b)    No commercial timber harvest operations (as defined in California Public Resources Code Section 4527) shall be allowed on the Subject Property.  The redwood trees will not be harvested from the Subject Property, except to the extent determined necessary or desirable for public safety or for the health of the forest as a natural reserve rather than a timber production forest;

(c)    The use of motorized off-road vehicles shall not be permitted on the Subject Property outside of established or designated roadways, except to the extent necessary for management of the Subject Property, or to protect public health and safety, or in response to other emergency situation.

The conditions set forth above (the "Conditions") shall be binding upon Grantee and its successors and assigns holding fee title to the Subject Property.  The parties intend that the ultimate use of the Subject Property is set forth in more detail in, and guided by, that certain Management Plan titled "Coast Dairies Long Term Resource Protection and Access Plan" dated February 2004, and as such plan may be modified or updated through the public planning process thereafter.

RESERVING unto Grantor, its successors and assigns, all minerals and mineral rights of every kind and character in, on and under the Subject Property, whether such minerals are now known to exist or are hereafter discovered, including, without limitation, all minerals, oil, gas, petroleum and other hydrocarbon substances and rights thereto, geothermal steam and all products derived from any of the foregoing, without, however, the right of entry into any portion of the Subject Property above a plane of 500 feet below the surface thereof, except in respect to those portions of the Subject Property subject to leases existing as of the date hereof, and to the extent permitted by the terms of the leases existing as of the date hereof.  Such reservation shall not preclude Grantee from using surface mineral material such as aggregate on the Subject Property for non-commercial uses consistent with the management objectives described above.

ALSO RESERVING unto Grantor any and all water rights owned by Grantor, and the right to all proceeds from the sale of such rights.  Grantor further reserves  non-exclusive easements and access to convey water by use of existing channels, as identified on the  maps titled Exhibit "B" attached hereto and incorporated herein by this reference ("Liddell Creek Ag Water Map"), and Exhibit "C" attached hereto and incorporated herein by this reference ("San Vicente Ag Water Map"), for the purposes of using its water rights.  This reservation of access shall be for the benefit of and appurtenant to Grantor's retained real property, as more particularly described in the Exhibit "A" attached hereto and incorporated herein by this reference ("Agricultural Parcels One, Two and Three"), and shall run with the land. All costs associated with the operation and maintenance of the easements and the reserved water conveyance channels will be the responsibility of and borne by Grantor. The existing water conveyance channels may be relocated upon prior coordination and written approval by the Grantee.

RESERVING FURTHER unto Grantor all rights and interests of lessor under the Lease dated December 2, 1968 by and between Coast Dairies & Land Co., as lessor, and Pacific Cement and Aggregates, a Division of Lone Star Cement Corporation, as lessee, as the same may be now or hereafter amended.

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 3 of 49

**SUBJECT** to existing rights-of-way or easements of record, for roads, railroads, telegraph, telephone and electrical transmission lines, canals, laterals, ditches, flumes, siphons and pipelines, on, over and across the Subject Property.

**TO HAVE AND TO HOLD**, the above granted and described Subject Property, together with all tenements, hereditaments and appurtenances, including water and water rights, buildings, structures, improvements and easements owner by the Grantor, thereto belonging or in any way appertaining, and any reversions, remainders, rents, issues or profits thereof, unto the UNITES STATES OF AMERICA, and its assigns.

The acquiring agency is the **UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT.**

**IN WITNESS WHEREOF**, Grantor has executed this instrument this *4th* day of *October*, 2016.

**THE TRUST FOR PUBLIC LAND,** a California nonprofit public benefit corporation

By: _____

Title: SENIOR COUNSEL

Date: October 4, 2016

This is to certify that the interest in real property conveyed by this Grant Deed is accepted by the United States Department of the Interior, Bureau of Land Management, a governmental agency, subject to approval of title by the Department of Justice. The Bureau of Land Management hereby consents to recordation of this document by order of its duly authorized officer shown below.

_____          9/26/16
Hubert Frederick Cooper            Date
United States Department of Interior
Bureau of Land Management

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 4 of 49

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                          )
County of _Monterey_____ )

On _September 26, 2016_ before me, _Anita Shepherd-Sharp, Notary_____,
         _Date_                                      _Here Insert Name and Title of the Officer_
personally appeared _Herbert F. Cooper_____
                                     _Name(s) of Signer(s)_
_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> ANITA SHEPHERD-SHARP
> Commission # 2077586
> Notary Public - California
> Monterey County
> My Comm. Expires Sep 6, 2018

Signature _Anita Shepherd-Sharp_____
                               _Signature of Notary Public_

_____ _Place Notary Seal Above_ _____

────────────────────── **OPTIONAL** ──────────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____      Signer's Name: _____
☐ Corporate Officer — Title(s): _____      ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General      ☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact      ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator      ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____      ☐ Other: _____
Signer Is Representing: _____      Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 5 of 49

## CALIFORNIA ALL PURPOSE ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    }

COUNTY OF _San Francisco_ }

On _Oct 4, 2016_ before me , _____ H. Shih _____ , Notary Public, personally appeared _____ Lily Shue _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument  the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

> H. SHIH
> Commission # 2019353
> Notary Public - California
> San Francisco County
> My Comm. Expires Apr 12, 2017

*OPTIONAL*

Description of Attached Document

Title or Type of Document: _____ Number of Pages: _____

Document Date: _____ Other: _____

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 6 of 49

ORDER NO. : 0707007450B-RS

## EXHIBIT A

The land referred to is situated in the unincorporated area of the County of Santa Cruz, State of California, and is described as follows:

TRACT I:

PARCEL ONE:

### UPLAND PARCEL ONE

SITUATE in Sections 29 and 30, in Township 10 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Agua Puerca Y Las Trancas, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded August 4, 1905 in Volume 165 of Deeds, at Page 422, Santa Cruz County Records; and being more particularly described as follows:

BEGINNING at a 6" x 6" concrete monument found at an angle point in the Northeasterly line of State Highway One easterly of the intersection of Swanton Road with State Highway One, as said angle point is shown on that certain map entitled "Right of Way Record Map" by the Department of Transportation, State of California, Sheet No. R-508.16 last revised on September 28, 1961, available from the office of the County Surveyor of Santa Cruz County, also being the Southwesterly line of the lands conveyed by the State of California to Coast Dairies and Land Company on June 2, 1941 by Grant Deed recorded in Volume 408 of Official Records, at Page 386, Santa Cruz County Records; thence from said point of beginning along said Northeasterly line of State Highway One

1.  North 28° 13' 51" West, a distance of 155.02 feet, to an angle point; thence

2.  North 51° 02' 59" West, a distance of 83.86 feet, to an angle point that is the intersection of the centerline of Swanton Road with the Northeasterly line of said State Highway 1, thence continuing

3.  North 51° 02' 59" West, a distance of 73.86 feet, to an angle point; thence

4.  Along a non-tangent curve to the right, of radius 575 feet, from a tangent bearing of South 20° 40' 59" East, through a central angle of 10° 18' 20", for an arc length of 103.42 feet, to an angle point; thence

5.  North 51° 02' 59" West, a distance of 2666.30 feet, to an angle point; thence

6.  North 38° 57' 01" East, a distance of 60.00 feet, to the most Northerly corner of said lands conveyed to Coast Dairies per Grant Deed, Volume 408 of Official Records, at Page 386, Santa Cruz County Records; thence continuing along the Northeasterly line of State Highway One

Page 1 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 7 of 49

7.  North 51° 02' 59" West, a distance of 422.14 feet, to an angle point; thence

8.  North 20° 28' 58" West, a distance of 139.18 feet, to an angle point; thence

9.  Along a non-tangent curve to the right having a radius of 1246.69 feet, from a tangent bearing of North 42° 22' 28" West, through a central angle of 13° 48' 38", for an arc length of 300.50 feet, to an angle point; thence

10.  North 18° 22' 33" West, a distance of 338.72 feet, to an angle point; thence

11.  North 01° 11' 37" East, a distance of 301.24 feet, to an angle point; thence

12.  North 30° 26' 28" West, a distance of 122.42 feet, to an angle point at the most Westerly corner of AGRICULTURAL PARCEL ONE, from which a set ½-inch iron pipe tagged RCE 20919 bears South 84° 08' 21" East, 4.47 feet distant; thence continuing

13.  North 30° 26' 28" West, a distance of 88.78 feet, to an angle point; thence

14.  North 06° 09' 44" West, a distance of 318.01 feet, to an angle point; thence

15.  North 28° 16' 29" West, a distance of 252.19 feet, more or less, to an angle point on the Northeasterly side line of State Highway One being a common corner of said lands of Coast Dairies and Land Company and PARCEL 16 of the lands of the CALIFORNIA POLYTECHNIC STATE UNIVERSITY FOUNDATION, as said lands are described in that certain Grant Deed recorded February 21, 1995, in Volume 5638, at Page 937, Official Records of the County of Santa Cruz; thence leaving the Northeasterly line of State Highway One and continuing along the common boundary of said lands of Coast Dairies and Land Company and said PARCEL 16 the following courses as set forth in said Deed filed in Volume 5638, at Page 937, Santa Cruz County Records

16.  North 16° 28' 46" East, a distance of 343.91 feet, more or less, to an angle point; thence

17.  North 03° 31' 14" West, a distance of 331.98 feet, to an angle point; thence

18.  North 82° 13' 45" East, a distance of 596.64 feet, to an angle point; thence

19.  North 58° 06' 45" East, a distance of 945.78 feet, to an angle point; thence

20.  North 57° 43' 45" East, a distance of 403.92 feet, to an angle point; thence

21.  North 81° 28' 46" East, a distance of 295.68 feet, to an angle point; thence

22.  North 66° 43' 45" East, a distance of 959.64 feet, to an angle point; thence

23.  North 79° 28' 46" East, a distance of 219.78 feet, to an angle point; thence

24.  North 70° 58' 45" East, a distance of 481.80 feet, to an angle point; thence

25.  North 03° 13' 45" East, a distance of 209.22 feet, to an angle point; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084　Page 8 of 49

26.　North 49° 13' 46" East, a distance of 312.18 feet, to an angle point; thence

27.　North 58° 58' 46" East, a distance of 271.26 feet, to an angle point; thence

28.　South 85° 31' 15" East, a distance of 267.30 feet, to an angle point; thence

29.　North 74° 28' 46" East, a distance of 191.40 feet, to an angle point; thence

30.　North 63° 58' 46" East, a distance of 277.20 feet, to an angle point; thence

31.　North 67° 28' 54" East, a distance of 347.79 feet, a little more or less, to a point on the Northeasterly line of the Rancho Agua Puerca Y Las Trancas, at the most Northerly corner of said lands of Coast Dairies and Land Company; thence along a Northeasterly boundary of said lands and said Rancho

32.　South 30° 27' 11" East, a distance of 841.50 feet, a little more or less, to an angle point on the Easterly line of the Rancho Agua Puerca Y Las Trancas, also being the Westerly line of the Rancho San Vicente; thence continuing along said Rancho line

33.　South 08° 17' 49" West, a distance of 3828.00 feet, to an angle point; thence

34.　South 37° 17' 49" West, a distance of 792.00 feet, to an angle point; thence

35.　South 83° 17' 49" West, a distance of 396.00 feet, to an angle point; thence

36.　South 18° 47' 49" West, a distance of 1967.87 feet, more or less, to an angle point on the Northeasterly line of State Highway One; thence continuing along said Northeasterly line

37.　North 54° 15' 54" West, a distance of 113.18 feet, a little more or less, to the most Southerly corner of said AGRICULTURAL PARCEL ONE, from which point a set ½-inch iron pipe tagged RCE 20919 bears North 13° 36' 38" East, 8.61 feet distant; thence continuing along said Northeasterly line

38.　North 54° 15' 54" West, a distance of 393.19 feet, to the POINT OF BEGINNING.

EXCEPTING THEREFROM all of AGRICULTURAL PARCEL ONE, as said Parcel is described in that certain EXHIBIT "AP-1", attached hereto and made a part hereof; and

TOGETHER WITH an Easement, as described as EASEMENT A, as said Easement is described in that certain EXHIBIT "EASE-A", attached hereto and made a part hereof; and

SUBJECT TO an Easement, a strip of land 40 feet in width, known as Swanton Road, a County road.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in March, 2013.

Page 3 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 9 of 49

APN 058-022-11 (portion)

EXHIBIT "AP-1"

AGRICULTURAL PARCEL ONE

SITUATE in Sections 29 and 30, in Township 10 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Agua Puerca Y Las Trancas, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded August 4, 1905 in Volume 165 of Deeds, at Page 422, Santa Cruz County Records; and being more particularly described as follows:

BEGINNING at a 6" x 6" concrete monument found at an angle point in the Northeasterly line of State Highway One easterly of the intersection of Swanton Road with State Highway One, as said angle point is shown on that certain map entitled "Right of Way Record Map" by the Department of Transportation, State of California, Sheet No. R-508.16 last revised on September 28, 1961, available from the office of the County Surveyor of Santa Cruz County, also being the Southwesterly line of the lands conveyed by the State of California to Coast Dairies and Land Company on June 2, 1941 by Grant Deed recorded in Volume 408 of Official Records, at Page 386, Santa Cruz County Records; thence from said point of beginning along said Northeasterly line of State Highway One

1. North 28° 13' 51" West, a distance of 155.02 feet, to an angle point; thence

2. North 51° 02' 59" West, a distance of 83.86 feet, to an angle point that is the intersection of the centerline of Swanton Road with the Northeasterly line of said State Highway One, thence continuing

3. North 51° 02' 59" West, a distance of 73.86 feet, to an angle point; thence

4. Along a non-tangent curve to the right, of radius 575 feet, from a tangent bearing of South 20° 40' 59" East, through a central angle of 10° 18' 20", for an arc length of 103.42 feet, to an angle point; thence

5. North 51° 02' 59" West, a distance of 2666.30 feet, to an angle point; thence

6. North 38° 57' 01" East, a distance of 60.00 feet, to the most Northerly corner of said lands conveyed to Coast Dairies per Grant Deed, Volume 408 of Official Records, at Page 386, Santa Cruz County Records; thence continuing along the Northeasterly line of State Highway One

7. North 51° 02' 59" West, a distance of 422.14 feet, to an angle point; thence

8. North 20° 28' 58" West, a distance of 139.18 feet, to an angle point; thence

9. Along a non-tangent curve to the right having a radius of 1246.69 feet, from a tangent bearing of North 42° 22' 28" West, through a central angle of 13° 48' 38", for an arc length of 300.50 feet, to an angle point; thence

Page 4 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 10 of 49

10.  North 18° 22' 33" West, a distance of 338.72 feet, to an angle point; thence

11.  North 01° 11' 37" East, a distance of 301.24 feet, to an angle point; thence

12.  North 30° 26' 28" West, a distance of 122.42 feet, to an angle point, from which a set ½-inch iron pipe tagged RCE 20919 bears South 84° 08' 21" East, 4.47 feet distant, thence leaving the Northeasterly line of said State Highway One

13.  South 84° 08' 21" East, a distance of 2160.65 feet, (at 4.47 feet, a set ½-inch iron pipe tagged RCE 20919), to a set ½-inch iron pipe tagged RCE 20919 set at an angle point, thence

14.  North 81° 53' 42" East, a distance of 2245.99 feet, to a set ½-inch iron pipe tagged RCE 20919 at an angle point, thence

15.  South 70° 26' 55" East, a distance of 605.65 feet, to a set ½-inch iron pipe tagged RCE 20919 at an angle point; thence

16.  South 08° 26' 07" West, a distance of 766.31 feet, to a set ½-inch iron pipe tagged RCE 20919 at an angle point; thence

17.  South 48° 33' 09" West, a distance of 683.70 feet, to a set ½-inch iron pipe tagged RCE 20919 at an angle point; thence

18.  North 73° 13' 09" West, a distance of 448.74 feet, to a set ½-inch iron pipe tagged RCE 20919 at an angle point; thence

19.  South 22° 37' 22" West, a distance of 638.61 feet, to a set ½-inch iron pipe tagged RCE 20919 at an angle point; thence

20.  South 13° 36' 38" West, a distance of 1728.14 feet, to an angle point on the Northeasterly line of said State Highway One, also being the Southwesterly line of the lands conveyed by the State of California to Coast Dairies and Land Company on June 2, 1941 by Grant Deed recorded in Volume 408 of Official Records, at Page 386, Santa Cruz County Records; from which a set ½-inch iron pipe tagged RCE 20919 bears North 13° 36' 38" East, 8.61 feet distant;
thence continuing along said Northeasterly line of said State Highway One

21.  North 54° 15' 54" West, a distance of 393.19 feet, to the POINT OF BEGINNING.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 058-022-11 (portion)

Page 5 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 11 of 49

PARCEL TWO:

EXHIBIT "EASE-A"

EASEMENT A

A portion of AGRICULTURAL PARCEL ONE

SITUATE in Sections 29 and 30, in Township 10 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Agua Puerca Y Las Trancas, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded August 4, 1905 in Volume 165 of Deeds, at Page 422, Santa Cruz County Records; and also

BEING a non-exclusive easement, for ingress and egress and utility purposes, on, over, across, and under a strip of land, 20 feet in width, the centerline of which is the approximate centerline of a unimproved farm road, and the centerline of which is more particularly described as follows:

BEGINNING at a point on the centerline of Swanton Road with the intersection of the centerline of said unimproved farm road, from which the point the intersection of the centerline of said Swanton Road with the Northeasterly boundary of said State Highway One bears South 29° 16' 41" East, 674.33 feet distant; thence along the approximate centerline of said unimproved farm road

1.  North 60° 43' 19" East, a distance of 64.66 feet, to an angle point; thence

2.  North 72° 51' 23" East, a distance of 161.50 feet, to the beginning of a tangent curve to the left; thence

3.  Along said curve of radius 208.65 feet through a central angle of 30° 16' 39", for an arc length of 110.26 feet, to a point of tangency; thence

4.  North 43° 47' 57" East, a distance of 109.68 feet, to the beginning of a tangent curve to the left; thence

5.  Along said curve of radius 61.00 feet through a central angle of 102° 22' 34", for an arc length of 108.99 feet, to a point of tangency; thence

6.  North 58° 34' 37" West, a distance of 72.93 feet, to the beginning of a tangent curve to the right; thence

7.  Along said curve of radius 71.00 feet through a central angle of 57° 02' 09", for an arc length of 70.68 feet, to a point of tangency; thence

8.  North 01° 32' 28" West, a distance of 471.49 feet, to an angle point; thence

Page 6 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 12 of 49

9. North 02° 41' 49" East, a distance of 353.80 feet, to the beginning of a tangent curve to the right; thence

10. Along said curve of radius 60.00 feet through a central angle of 65° 26' 58", for an arc length of 68.54 feet, to a point of tangency; thence

11. North 68° 08' 47" East, a distance of 1899.79 feet, to the beginning of a tangent curve to the left; thence

12. Along said curve of radius 70.00 feet through a central angle of 86° 31' 13", for an arc length of 105.70 feet, to a point of compound curve; thence

13. Along a curve to the left of radius 820.00 feet through a central angle of 13° 28' 37", for an arc length of 192.88 feet, to a point of reverse curve; thence

14. Along a curve to the right of radius 52.00 feet through a central angle of 87° 08' 06", for an arc length of 79.08 feet, to a point of tangency; thence

15. North 55° 17' 03" East, a distance of 206.09 feet, a little more or less, to a point on the Northeasterly line of AGRICULTURAL PARCEL ONE, from which a ½-inch pipe tagged RCE 20919 set at the most Northerly corner of said Agricultural Parcel 1 bears North 70° 26' 56" West 312.28 feet distant.

The side lines of the Easement to be extended or shortened to intersect with the Northeasterly sideline of Swanton Road and the Northeasterly line of AGRICULTURAL PARCEL ONE.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 058-022-11 (portion)

TRACT TWO:

PARCEL ONE:

UPLAND PARCEL TWO

SITUATE in Sections 20, 21, 22, 27, 28, 29, 32, 33, and 34, in Township 10 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho San Vicente, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded April 10, 1901, in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and being more particularly described as follows:

Page 7 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 13 of 49

BEGINNING at the most Westerly corner of the lands shown on the map entitled "Davenport Subdivision No. 1" recorded in Volume 18 of Maps, at Page 27, Santa Cruz County Records, said point of beginning also being an angle point of a Southeasterly boundary of said lands of Coast Dairies and Land Company and being a point on the Northeasterly line of Old Coast Road, now known as Cement Plant Road, from which point a 2-inch iron pipe, tagged LS 5513, found at the most Southerly corner of said Subdivision No. 1, bears South 41° 08' 14" East 519.82 feet distant; thence from said point of beginning along said Northeasterly line of said Cement Plant Road

1. North 41° 08' 14" West, a distance of 759.17 feet, to an angle point; thence leaving said Northeasterly line and continuing along the boundary of said lands of Coast Dairies and Land Company,

2. Along a curve to the right, having a radius of 328.39 feet, from a tangent bearing of North 03° 42' 32" East, through a central angle of 00° 52' 21", for an arc distance of 5.00 feet, to a set ½-inch iron pipe, tagged RCE 20,919; thence continuing

3. Along said curve to the right of radius 328.39 feet, through a central angle of 46° 23' 53", for an arc distance of 265.93 feet to a set ½-inch iron pipe, tagged RCE 20,919 at the point of tangency; thence

4. North 50° 58' 46" East, a distance of 201.00 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

5. North 78° 29' 14" West, a distance of 38.90 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

6. South 72° 44' 46" West, a distance of 473.60 feet, to an angle point; thence

7. North 55° 40' 14" West, a distance of 38.80 feet, to an angle point; thence

8. North 43° 10' 14" West, a distance of 341.20 feet, to an angle point; thence

9. North 37° 02' 59" West, a distance of 238.94 feet, to an angle point; thence leaving said Northeasterly line of said Cement Plant Road

10. South 52° 57' 01" West, a distance of 80.00 feet, to an angle point on the Northeasterly sideline of State Highway One; thence continuing along said sideline

11. North 36° 11' 24" West, a distance of 1000.11 feet, to an angle point; thence

12. North 37° 02' 59" West, a distance of 1262.37 feet, to an angle point; thence

13. North 54° 15' 54" West, a distance of 34.55 feet, more or less, to the westerly boundary of Rancho San Vicente; thence leaving said Northeasterly sideline and continuing along the Westerly boundary of said Rancho, also being the Westerly boundary of said lands of Coast Dairies and Land Company

14. North 18° 47' 49" East, a distance of 1967.87 feet, more or less, to an angle point; thence

Page 8 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084   Page 14 of 49

15.   North 83° 17' 49" East, a distance of 396.00 feet, to an angle point; thence

16.   North 37° 17' 49" East, a distance of 792.00 feet, to an angle point; thence

17.   North 08° 17' 49" East, a distance of 1584.00 feet, more or less, to an angle point in the approximate centerline of Molino Creek; thence along the center of said Creek the following courses, as set forth in said Grant Deed filed in Volume 136 of Deeds, at Page 453

18.   North 61° 17' 49" East, a distance of 63.36 feet, to an angle point; thence

19.   North 12° 02' 49" East, a distance of 340.56 feet, to an angle point; thence

20.   North 47° 17' 49" East, a distance of 68.64 feet, to an angle point; thence

21.   North 10° 57' 11" West, a distance of 198.00 feet, to an angle point; thence

22.   North 23° 02' 49" East, a distance of 103.62 feet, to an angle point; thence

23.   North 07° 47' 49" East, a distance of 224.40 feet, to an angle point; thence

24.   North 24° 32' 49" East, a distance of 112.20 feet, to an angle point; thence

25.   North 28° 02' 49" East, a distance of 277.20 feet, to an angle point; thence

26.   South 77° 12' 11" East, a distance of 54.12 feet, to an angle point; thence

27.   South 56° 57' 11" East, a distance of 82.50 feet, to an angle point; thence

28.   North 73° 02' 49" East, a distance of 132.00 feet, to an angle point; thence

29.   North 41° 27' 11" West, a distance of 99.00 feet, to an angle point; thence

30.   North 69° 02' 49" East, a distance of 574.20 feet, to an angle point; thence

31.   North 70° 47' 49" East, a distance of 726.00 feet, to an angle point; thence

32.   North 60° 12' 49" East, a distance of 429.00 feet, to an angle point; thence

33.   North 47° 17' 49" East, a distance of 366.96 feet, to an angle point; thence

34.   North 03° 27' 11" West, a distance of 72.60 feet, to an angle point; thence

35.   North 19° 17' 49" East, a distance of 198.00 feet, to an angle point; thence

36.   North 09° 02' 49" East, a distance of 82.82 feet, a little more or less, to a point at the intersection of said Molino Creek with a Northerly boundary of said lands of Coast Dairies and Land Company; thence along said Northerly boundary

37.   South 81° 09' 37" East, a distance of 5385.88 feet, more or less, to an angle point at the most Northerly corner of Parcel 17 of the lands of Pacific Coast Aggregates, as said Parcel is

Page 9 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 15 of 49

described in that certain Grant Deed filed in Volume 1064, at Page 121; thence along the Southwesterly and Southerly boundary of said Parcel 17

38.   South 11° 28' 43" East, a distance of 457.07 feet, to an angle point; thence

39.   South 51° 18' 41" East, a distance of 218.81 feet, to an angle point; thence

40.   South 31° 38' 41" East, a distance of 193.17 feet, to an angle point; thence

41.   South 16° 38' 41" East, a distance of 171.37 feet, to an angle point; thence

42.   South 06° 33' 41" East, a distance of 358.71 feet, to an angle point; thence

43.   South 65° 49' 41" East, a distance of 1318.05 feet, to an angle point; thence

44.   North 72° 10' 19" East, a distance of 662.60 feet, to the centerline of San Vicente Creek, said Creek being the Easterly boundary of the Rancho San Vicente as said Rancho is shown on the map filed in Volume 22 of Maps, at Page 19, Santa Cruz County Records; thence leaving the Southerly boundary of said Parcel 17, and along said Creek and said Easterly Rancho boundary

45.   South 38° 24' 58" West, a distance of 334.83 feet, a little more or less, to an angle point; thence

46.   South 55° 39' 58" West, a distance of 198.00 feet, to an angle point; thence

47.   South 50° 39' 58" West, a distance of 429.00 feet, to an angle point; thence

48.   South 57° 09' 58" West, a distance of 125.40 feet, to an angle point; thence

49.   South 44° 39' 58" West, a distance of 429.00 feet, to an angle point; thence

50.   South 19° 09' 58" West, a distance of 231.00 feet, to an angle point; thence

51.   South 30° 09' 58" West, a distance of 264.00 feet, to an angle point; thence

52.   South 21° 39' 58" West, a distance of 330.00 feet, to an angle point; thence

53.   South 17° 24' 58" West, a distance of 264.00 feet, to an angle point; thence

54.   South 43° 24' 58" West, a distance of 495.00 feet, to an angle point; thence

55.   South 32° 09' 58" West, a distance of 132.00 feet, to an angle point; thence

56.   South 13° 54' 58" West, a distance of 430.98 feet, to an angle point; thence

57.   South 44° 09' 58" West, a distance of 931.92 feet, to an angle point; thence

58.   South 10° 35' 02" East, a distance of 580.80 feet, to an angle point, also being an angle point in the West boundary of Rancho Arroyo de la Laguna, as said Rancho is shown on the map filed in Volume A60 of unrecorded maps, at Page 6, at the office of the Santa Cruz County

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 16 of 49

Surveyor, said point being the terminus of course number 12 as shown on said map; thence continuing along the centerline of San Vicente Creek and along the common boundary of Rancho San Vicente and Rancho Arroyo de la Laguna

59.  South 41° 24' 58" West, a distance of 528.00 feet, to an angle point; thence

60.  South 26° 09' 58" West, a distance of 613.80 feet, to an angle point; thence

61.  South 08° 39' 58" West, a distance of 437.58 feet, to an angle point; thence

62.  South 10° 54' 58" West, a distance of 1397.22 feet, to an angle point; thence

63.  South 23° 09' 58" West, a distance of 1122.00 feet, to an angle point at the terminus of course number 18 as shown on said map of Rancho Arroyo de la Laguna; thence leaving the East boundary of Rancho San Vicente as shown on said recorded map and continuing along the centerline of San Vicente Creek and along the West boundary of Rancho Arroyo de la Laguna as shown on said unrecorded map

64.  South 24° 09' 58" West, a distance of 2420.88 feet, to an angle point; thence

65.  South 38° 35' 02" East, a distance of 361.02 feet, to an angle point; thence

66.  South 31° 39' 58" West, a distance of 268.62 feet, to an angle point; thence

67.  South 48° 39' 58" West, a distance of 214.50 feet, to an angle point; thence

68.  South 05° 50' 02" East, a distance of 64.68 feet, to an angle point; thence

69.  South 33° 50' 02" East, a distance of 254.10 feet, to an angle point; thence

70.  South 06° 09' 58" West, a distance of 19.26 feet, a little more or less, to a point on the Northeasterly boundary of State Highway One; thence along said Northeasterly boundary

71.  North 61° 44' 45" West, a distance of 644.20 feet, more or less, to the Southeast corner of Parcel A as said parcel is shown on that certain Parcel Map recorded in Volume 29 of Parcel Maps, at Page 48, Santa Cruz County Records; thence leaving the sideline of said Highway One, and along the Easterly boundary of said Parcel A

72.  North 30° 27' 52" East, a distance of 103.59 feet to the Southwest corner of Lot 7, Block 10 of Davenport Subdivision No. 2, filed for record on Dec. 22, 1919 in Volume 18 of Maps, at Page 29, Santa Cruz County Records; thence continuing along the East boundary of said Parcel A and its Northerly prolongation, and along the Westerly line of said Lot 7

73.  North 30° 27' 52" East, a distance of 105.84 feet, to the Northwest corner of said Lot 7; thence

74.  South 65° 41' 08" East, a distance of 172.36 feet, to the Northeast corner of said Lot 7; thence

Page 11 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 17 of 49

75.   South 56° 58' 52" West, a distance of 125.00 feet, to the Southeast corner of said Lot 7; thence along the South and East sides of Riverside Avenue as shown on last said map

76.   South 65° 41' 08" East, a distance of 59.39 feet, to an angle point; thence

77.   North 56° 58' 52" East, a distance of 93.36 feet, to the beginning of a tangent curve to the left; thence

78.   Along said curve of radius 159.20 feet through a central angle of 32° 18' 06" for an arc length of 89.75 feet to a point of tangency; thence

79.   North 24° 18' 52" East, a distance of 201.85 feet, to the intersection of the East line of Riverside Avenue with the Southwesterly side of the Coast Road as said road is described in the Deed for Public Highway, granted from Coast Dairies and Land Company to the County of Santa Cruz, dated March 4, 1920 and recorded in Volume 300 of Deeds, at Page 21, Santa Cruz County Records; thence along the West, South and East sides of said lands the following courses

80.   Along a non-tangent curve to the right of radius 257.35 feet from a tangent bearing of South 25° 00' 11" East through a central angle of 6° 52' 53" for an arc length of 30.91 feet to a point of non-tangency; thence

81.   South 04° 49' 52" West, a distance of 13.02 feet, to an angle point; thence

82.   South 85° 10' 08" East, a distance of 40.00 feet, to an angle point; thence

83.   North 04° 49' 52" East, a distance of 18.36 feet, to the Southwesterly boundary of the lands conveyed by Coast Dairies and Land Company to David Lundberg, dated June 30, 2003 and recorded in Document Number 2003-0063259, Santa Cruz County Records; thence along the South, East and North sides of said lands the following courses

84.   Along a non-tangent curve to the right of radius 297.35 feet from a tangent bearing of South 16° 32' 55" East through a central angle of 10° 11' 45" for an arc length of 52.91 feet to a point of non-tangency; thence

85.   North 42° 28' 40" East, a distance of 26.15 feet, to an angle point; thence

86.   South 47° 31' 22" East, a distance of 28.69 feet, to an angle point; thence

87.   North 41° 19' 13" East, a distance of 154.68 feet, to an angle point; thence

88.   North 05° 33' 50" West, a distance of 86.97 feet, to an angle point; thence

89.   North 51° 00' 09" West, a distance of 109.23 feet, to an angle point; thence

90.   North 59° 39' 20" West, a distance of 70.89 feet, to an angle point; thence

91.   South 24° 33' 52" West, a distance of 25.20 feet, to the Northwest corner of Lot 5, Block 7, of the aforementioned Davenport Subdivision No. 2; thence along the Northerly side of said Block 7

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 18 of 49

92.   North 48° 17' 08" West, a distance of 113.09 feet, to an angle point; thence

93.   North 58° 27' 08" West, a distance of 109.84 feet, to an angle point; thence

94.   North 75° 12' 08" West, a distance of 78.41 feet, to the Northwest corner of said Block 7 and the East line of San Vicente Street; thence along the East line of said street as shown on said Subdivision map, and as shown on Davenport Subdivision No. 3, filed for record on Dec. 22, 1919 in Volume 18 of Maps, at Page 30, Santa Cruz County Records

95.   North 20° 32' 41" West, a distance of 55.39 feet, to the beginning of a tangent curve to the right; thence

96.  Along said curve of radius 220.91 feet through a central angle of 24° 17' 15" for an arc length of 93.64 feet to a point of compound curvature; thence continuing

97.   Along a curve to the right of radius 260.85 feet through a central angle of 41° 32' 18" for an arc length of 189.11 feet to a point of tangency; thence

98.   North 45° 16' 52" East, a distance of 481.18 feet, to the beginning of a tangent curve to the left; thence

99.  Along said curve of radius 150.00 feet, through a central angle of 29° 08' 01", for an arc length of 76.27 feet, to a point of tangency; thence

100.   North 16° 08' 51" East, a distance of 678.10 feet, to the beginning of a tangent curve to the right; thence

101.  Along said curve of radius 170.00 feet, through a central angle of 22° 32' 00", for an arc length of 68.86 feet, to a point of tangency; thence

102.   North 38° 40' 52" East, a distance of 307.02 feet, to an angle point; thence

103.   North 47° 22' 52" East, a distance of 374.77 feet, to an angle point; thence

104.   North 39° 32' 52" East, a distance of 162.05 feet, to the Northeast corner and the end of said street; thence along the North boundary of said Subdivision No. 3

105.   North 50° 27' 08" West, a distance of 160.31 feet, to the Northwest corner of said Subdivision No. 3; thence along the West boundary of said Subdivision No. 3

106.   South 39° 32' 52" West, a distance of 151.08 feet, to the Westerly most corner of Lot 8, Block 2 of said Subdivision No. 3; thence along the Southwesterly line of said Lot 8

107.   South 46° 32' 11" East, a distance of 130.61 feet, to the Westerly sideline of San Vicente Street; thence along said sideline

108.   South 47° 22' 52" West, a distance of 375.00 feet, to an angle point; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 19 of 49

109.   South 38°·40' 52" West, a distance of 70.00 feet, to an angle point in the East line of Lot 2 of said Block 2; thence leaving the sideline San Vicente Street and along the Southerly line of said Lot 2

110.   South 70° 30' 52" West, a distance of 197.53 feet, to an angle point; thence

111.   South 59° 54' 52" West, a distance of 72.13 feet, to the Southerly most corner of said Lot 2; thence along the Westerly line of Block 1 of said Subdivision No. 3

112.   South 38° 40' 52" West, a distance of 55.19 feet, to an angle point; thence

113.   South 45° 34' 52" West, a distance of 168.75 feet, to an angle point; thence

114.   South 00° 49' 08" East, a distance of 313.67 feet, to an angle point; thence

115.   South 12° 08' 52" West, a distance of 100.24 feet, to an angle point; thence

116.   South 20° 08' 52" West, a distance of 100.24 feet, to an angle point; thence

117.   South 31° 02' 52" West, a distance of 82.92 feet, to an angle point; thence

118.   South 45° 16' 52" West, a distance of 277.41 feet, to the Northerly most corner of Lot 1, Block 1 of said Subdivision No. 3; thence along the North and West sides of the lands conveyed to Delia Santina as recorded in Volume 3709, Page 773 of the Official Records of Santa Cruz County

119.   North 44° 43' 08" West, a distance of 20.00 feet, to an angle point; thence

120.   South 65° 36' 15" West, a distance of 57.58 feet, to an angle point; thence

121.   South 45° 16' 52" West, a distance of 50.00 feet, to the Northeast line of the lands conveyed to Fein as recorded in Volume 3726, Page 434 of the Official Records of Santa Cruz County; thence along the North, West and East lines of said lands

122.   North 44° 43' 08" West, a distance of 20.00 feet, to an angle point; thence

123.   South 45° 16' 52" West, a distance of 40.00 feet, to an angle point; thence

124.   South 27° 24' 09" West, a distance of 130.29 feet, to an angle point; thence

125.   South 44° 43' 08" East, a distance of 20.00 feet, to the Westerly most corner of Lot 9, Block 6 of said Subdivision No. 2; thence along the North line of said Subdivision No. 2

126.   South 24° 42' 52" West, a distance of 170.59 feet, to an angle point; thence

127.   North 60° 42' 08" West, a distance of 75.70 feet, to an angle point; thence

128.   South 29° 28' 25" West, a distance of 53.58 feet, to an angle point; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

2016-0041084  Page 20 of 49

129. South 29° 17' 52" West, a distance of 14.07 feet, to the beginning of a non-tangent curve to the left; thence

130. Along said curve of radius 53.99 feet from a tangent bearing of North 29° 17' 52" East through a central angle of 59° 25' 44" for an arc length of 56.00 feet to a point of non-tangency; thence

131. North 18° 48' 52" East, a distance of 140.00 feet, to an angle point; thence

132. North 85° 53' 04" West, a distance of 136.04 feet, to an angle point; thence

133. South 61° 48' 52" West, a distance of 78.28 feet, to an angle point; thence

134. South 48° 48' 52" West, a distance of 378.33 feet, to the Southwest corner of Block 4, and the North sideline of Marine View Avenue as shown on said map of Subdivision No. 2; thence along the North sideline of said Avenue

135. North 72° 08' 06" West, a distance of 12.95 feet, to an angle point; thence

136. North 71° 55' 08" West, a distance of 274.68 feet, to the Southeast corner of the lands conveyed to Alessandria as recorded in Volume 231, Page 44 of the Official Records of Santa Cruz County; thence along the East, North and West lines of said lands

137. North 31° 00' 52" East, a distance of 59.50 feet, to an angle point; thence

138. North 68° 19' 08" West, a distance of 101.88 feet, to an angle point; thence

139. South 31° 00' 52" West, a distance of 60.00 feet, to the Northerly sideline of Marine View Avenue; thence along said sideline

140. North 68° 19' 08" West, a distance of 40.54 feet, to an angle point; thence

141. South 31° 00' 52" West, a distance of 162.02 feet, to the East boundary of Parcel 21 of the lands of California Readymix, Inc., as said parcel is described in the deed recorded in Volume 5531, Page 189 of the Official Records of Santa Cruz County; thence leaving the sideline of Marine View Avenue and along the Easterly line of said Parcel 21

142. North 02° 31' 52" East, a distance of 548.22 feet, to an angle point; thence leaving the Easterly line of said Parcel 21

143. South 87° 28' 03" East, a distance of 130.00 feet, to an angle point; thence

144. North 02° 31' 52" East, a distance of 930.71 feet, to an angle point; thence

145. North 15° 10' 29" East, a distance of 304.84 feet, to an angle point; thence

146. North 44° 23' 52" East, a distance of 480.00 feet, to an angle point; thence

147. North 87° 10' 59" West, a distance of 329.34 feet, to an angle point; thence

Page 15 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 21 of 49

148.   North 02° 43' 52" East, a distance of 389.65 feet, more or less, to a point on the Southeasterly line of the Right of Way 100' in width as described in Volume 167 of Deeds, at Page 443, Official Records of the County of Santa Cruz; thence along said Southeasterly line

149.   South 82° 15' 19" West, a distance of 78.79 feet, to an angle point; thence along the Southwesterly line of said 100' Right of Way

150.   North 69° 29' 41" West, a distance of 21.64 feet, to the Northeasterly corner of said Parcel 21; thence along the Northerly line of said Parcel 21

151.   North 69° 29' 41" West, a distance of 189.64 feet, to the Southwest Corner of said 100' Right of Way; thence continuing along the Northerly line of said Parcel 21

152.   North 69° 29' 41" West, a distance of 729.36 feet, to the Northwest corner thereof; thence along the Westerly line of said Parcel 21

153.   South 30° 30' 19" West, a distance of 454.33 feet, to the Northeasterly corner of Parcel 22 as shown in said deed to California Readymix, Inc.; thence along the Northerly line of said Parcel 22

154.   North 45° 41' 41" West, a distance of 1100.74 feet, to a 6" x 6" concrete monument marked S.C.P.C. Co., No. 3; thence along the Westerly line of said Parcel 22

155.   South 40° 52' 44" West, a distance of 686.70 feet, to the most Easterly corner of said Davenport Subdivision No. 1; thence along the Northeasterly boundary of said Subdivision

156.   North 49° 02' 16" West, a distance of 514.78 feet, to the most Northerly corner of said Davenport Subdivision No. 1, from which corner a ½-inch iron pipe bears South 40° 52' 44" West, 1.83 feet distant; thence along the Northwesterly boundary of said Subdivision No. 1

157.   South 40° 52' 44" West, a distance of 472.76 feet, to the POINT OF BEGINNING.

EXCEPTING THEREFROM  all of AGRICULTURAL PARCEL TWO, as said Parcel is described in that certain EXHIBIT "AP-2", attached hereto and made a part hereof; and

RESERVING THEREFROM  an Easement for ingress, egress, and utility purposes, being a strip of land 25 feet in width, known as Warnella Road, as described in EXHIBIT "EASE-A1", attached hereto and made a part hereof.

TOGETHER WITH an Easement for ingress, egress, and utility purposes, being a strip of land 25 feet in width, known as Warnella Road, as described in EXHIBIT "EASE-A2", attached hereto and made a part hereof; and

EXCEPTING THEREFROM all that portion of a right of way 100 feet in width lying within said UPLAND PARCEL TWO (as described herein), and as said 100 foot right of way is more particularly described in that certain Grant Deed to CEMEX USA recorded September 26, 1905, in Volume 167 of Deeds, at Page 443, Official Records of the County of Santa Cruz; and also

EXCEPTING THEREFROM  all of the lands of Pacific Gas and Electric Company lying within said UPLAND PARCEL TWO  (as described herein), as granted to Pacific Gas and Electric Company

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 22 of 49

and recorded March 6, 1958, in Volume 1174, at Page 433, Official Records of the County of Santa Cruz; and also

EXCEPTING THEREFROM  all of that certain Water Tank Site lying within said UPLAND PARCEL TWO (as described herein), as granted to the County of Santa Cruz and recorded April 28, 1964, in Volume 1953, at Page 421, Official Records of the County of Santa Cruz.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in March, 2013.

APN's:
058-022-07 through -10
058-022-11 (portion)
058-031-01
058-092-08
058-113-01
058-122-10, -12, and -13

EXHIBIT "AP-2"

AGRICULTURAL PARCEL TWO

SITUATE in Sections 28, 32 and 33, in Township 10 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho San Vicente, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded April 10, 1901, in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and being more particularly described as follows:

BEGINNING at the most Westerly corner of the lands shown on the map entitled "Davenport Subdivision No. 1" recorded in Volume 18 of Maps, at Page 27, Santa Cruz County Records, said point of beginning also being an angle point of a Southeasterly boundary of said lands of Coast Dairies and Land Company and being a point on the Northeasterly line of Old Coast Road, now known as Cement Plant Road, from which point a 2-inch iron pipe, tagged LS 5513, found at the most Southerly corner of said Subdivision No. 1, bears South 41° 08' 14" East 519.82 feet distant; thence from said point of beginning along said Northeasterly line of said Cement Plant Road

1. North 41° 08' 14" West, a distance of 759.17 feet, to an angle point; thence leaving said Northeasterly line and continuing along the boundary of said lands of Coast Dairies and Land Company,

Page 17 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084  Page 23 of 49**

2.  Along a curve to the right, having a radius of 328.39 feet, from a tangent bearing of North 03° 42' 32" East, through a central angle of 00° 52' 21", for an arc distance of 5.00 feet, to a set ½-inch iron pipe, tagged RCE 20,919, thence continuing

3.  Along said curve to the right through a central angle of 46° 23' 53", for an arc distance of 265.93 feet to a set ½-inch iron pipe, tagged RCE 20,919 at the point of tangency; thence

4.  North 50° 58' 46" East, a distance of 201.00 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

5.  North 78° 29' 14" West, a distance of 38.90 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

6.  North 76° 40' 16" East, a distance of 382.05 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

7.  North 66° 24' 48" East, a distance of 597.48 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point, thence

8.  North 71° 36' 08" East, a distance of 258.84 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

9.  North 52° 06' 57" East, a distance of 339.00 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

10.  North 16° 33' 18" West, a distance of 93.02 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

11.  North 16° 12' 31" West, a distance of 935.81 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

12.  North 46° 29' 23" East, a distance of 319.73 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

13.  North 88° 36' 25" East, a distance of 444.11 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

14.  North 78° 38' 24" East, a distance of 396.50 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

15.  South 13° 39' 17" East, a distance of 489.86 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

16.  South 41° 47' 15" East, a distance of 418.56 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

17.  South 46° 51' 48" East, a distance of 290.28 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 24 of 49

18.  South 58° 29' 16" East, a distance of 642.42 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

19   South 84° 15' 42" East, a distance of 1128.02 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

20.  South 57° 38' 43" East, a distance of 351.57 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

21.  South 14° 04' 15" West, a distance of 1105.98 feet, to a set ½-inch iron pipe, tagged RCE 20,919 at an angle point; thence

22.  South 14° 04' 15" West, a distance of 64.45 feet, a little more or less, to an angle point on the Northwesterly line of a right of way 100 feet in width, lands of CEMEX USA, as described in Volume 167 of Deeds at Page 443, Official Records of the County of Santa Cruz; thence along said Northwesterly line

23.  South 82° 15' 19" West, a distance of 1401.52 feet, to an angle point on the Northern boundary of the lands of LONESTAR CALIFORNIA, INC., as said lands are described in that certain Grant Deed recorded April 3, 2000, as Document No. 2000-0015806; thence along said Northerly line

24.  North 69° 29' 41" West, a distance of 729.36 feet, to an angle point; thence

25.  South 30° 30' 19" West, a distance of 454.33 feet, to an angle point; thence

26.  North 45° 41' 41" West, a distance of 1100.74 feet, to a 6" x 6" concrete monument, marked S.C.P.C.Co. No. 3 at an angle point; thence

27.  South 40° 52' 44" West, a distance of 686.70 feet, to an angle point at the most Easterly corner of said Davenport Subdivision No. 1; thence along the Northeasterly boundary of said Subdivision No. 1

28.  North 49° 02' 16" West, a distance of 514.78 feet, to the most Northerly corner of said Subdivision No. 1, from which corner a ½-inch iron pipe bears South 40° 52' 44" West, 1.83 feet distant; thence along the Northwesterly boundary of said Subdivision No. 1

29.  South 40° 52' 44" West, a distance of 472.76 feet, to the POINT OF BEGINNING.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 058-022-11 (portion)

EXHIBIT "EASE-A1"

Page 19 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084  Page 25 of 49**

PORTION OF WARNELLA ROAD

RESERVED BY

COAST DAIRIES AND LAND COMPANY

SITUATE in Sections 28, 32 and 33, in Township 10 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho San Vicente, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded April 10, 1901, in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a right of way, 25 feet in width, measured at right angles, and being a private road known as Warnella Road, as said right of way and road are shown on that certain unrecorded Record of Survey Map entitled "RECORD OF SURVEY MAP OF RIGHT OF WAY, COAST DAIRIES & LAND CO. TO SANTA CRUZ PORTLAND CEMENT CO.", by Lloyd Bowman, dated December, 1943, and filed in the office of the County Surveyor of the County of Santa Cruz, File No. A80-385.1, and being that portion of said Road transiting a portion of UPLAND PARCEL TWO, as said parcel is described in that certain EXHIBIT "UP-2", incorporated herein by reference; the Southeasterly side line of the Easement being more particularly described as follows:

BEGINNING at a point of intersection of said Southeasterly side line with a Southwesterly line of said UPLAND PARCEL TWO, from which point a Southeasterly corner of said UPLAND PARCEL TWO bears South 55° 40' 14" East, 8.24 feet distant, a little more or less, thence from said POINT OF BEGINNING

1. North 70° 15' 14" East, a distance of 610.19 feet, to an angle point; thence

2. North 80° 38' 14" East, a distance of 230.40 feet, to an angle point; thence

3. North 58° 59' 14" East, a distance of 213.80 feet, to an angle point; thence

4. North 69° 13' 14" East, a distance of 651.18 feet, to an angle point; thence

5. North 48° 46' 14" East, a distance of 208.44 feet, to an angle point; thence

6. North 59° 44' 14" East, a distance of 133.55 feet, to an angle point; thence

7. North 79° 29' 14" East, a distance of 14.33 feet, to a point of intersection with a Southwesterly line of said AGRICULTURAL PARCEL TWO; from which point a ½-inch iron pipe, tagged RCE 20,919 bears South 16° 33' 18" East, 40.97 feet distant, and ½-inch iron pipe, tagged RCE 20,919 bears North 16° 33' 18" West, 52.05 feet distant

The Northwesterly sideline of said Easement is a line parallel to and 25 feet distant, measured at right angles, from the above described Southeasterly sideline, and is to be shortened or extended as necessary to intersect with a Southwesterly boundary of said UPLAND PARCEL TWO and a Southwesterly boundary of said AGRICULTURAL PARCEL TWO.

Page 20 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 26 of 49

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 058-022-11 (portion)

PARCEL TWO:

EXHIBIT "EASE-A2"

PORTION OF WARNELLA ROAD

SITUATE in Sections 28, 32 and 33, in Township 10 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho San Vicente, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded April 10, 1901, in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a right of way, 25 feet in width, measured at right angles, and being a private road known as Warnella Road, as said right of way and road are shown on that certain unrecorded Record of Survey Map entitled "RECORD OF SURVEY MAP OF RIGHT OF WAY, COAST DAIRIES & LAND CO. TO SANTA CRUZ PORTLAND CEMENT CO.", by Lloyd Bowman, dated December, 1943, and filed in the office of the County Surveyor of the County of Santa Cruz, File No. A80-385.1, and being that portion of said Road crossing a portion of AGRICULTURAL PARCEL TWO, as said parcel is described in that certain EXHIBIT "AP-2", incorporated herein by reference; the Southeasterly side line of the Easement being more particularly described as follows:

BEGINNING at the point of intersection of said Southeasterly side line of said Road with the Southwesterly boundary of said AGRICULTURAL PARCEL TWO, from which point a ½-inch iron pipe, tagged RCE 20,919 bears South 16° 33' 18" East, 40.97 feet distant, and ½-inch iron pipe, tagged RCE 20,919 bears North 16° 33' 18" West, 52.05 feet distant; thence from said POINT OF BEGINNING

1. North 79° 29' 14" East, a distance of 223.17 feet, to an angle point; thence

2. North 67° 21' 14" East, a distance of 240.60 feet, to an angle point; thence

3. North 47° 33' 14" East, a distance of 428.10 feet, to an angle point; thence

4. North 36° 08' 14" East, a distance of 145.86 feet, to an angle point; thence

Page 21 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084  Page 27 of 49**

5.  North 25° 33' 14" East, a distance of 223.47 feet, to a point of intersection with the Northeasterly line of said AGRICULTURAL PARCEL TWO; from which point a ½-inch iron pipe, tagged RCE 20,919 bears South 41° 47' 15" East, 365.14 feet distant, and ½-inch iron pipe, tagged RCE 20,919 bears North 41° 47' 15" West, 53.42 feet distant; thence continuing beyond said point of intersection

6.  North 25° 33' 14" East, a distance of 9.53 feet, to an angle point; thence

7.  North 00° 15' 14" East.

The Northwesterly sideline of said Easement is a line parallel to and 25 feet distant, measured at right angles, from the above described Southeasterly sideline, and is to be shortened or extended as necessary to intersect with a Southwesterly boundary and a Northeasterly boundary of said AGRICULTURAL PARCEL TWO.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 058-022-11 (portion)

TRACT III:

PARCEL ONE:

### UPLAND PARCEL THREE

SITUATE in Sections 26, 27, 33, 34, 35 and 36, Township 10 South, Range 3 West, and Sections 1, 2, 3, 4, 10, 11, and 12, Township 11 South, Range 3 West, and Section 31 in Township 10 South, Range 2 West, Mount Diablo Base and Meridian, as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded April 10, 1901, in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and also

BEING all of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded November 20, 1906, in Volume 184 of Deeds, at Page 417, Santa Cruz County Records; and

BEING more particularly described as follows:

BEGINNING at a point of intersection of the Northeasterly sideline of State Highway One with the Westerly boundary of the Rancho Arroyo De La Laguna, also being the centerline of San Vicente Creek, and also being the Easterly boundary of the Rancho San Vicente; thence from said POINT OF BEGINNING along said Rancho boundaries and centerline of said creek as shown

Page 22 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 28 of 49

on the plat of Rancho Arroyo de la Laguna, as said Rancho is shown on the map filed in Volume A60 of unrecorded maps, at Page 6, at the office of the Santa Cruz County Surveyor

1. North 06° 09' 58" East, a distance of 19.26 feet, to the terminus of course number 22, as shown on said map; thence continuing along said Rancho boundaries, creek and unrecorded map

2. North 33° 50' 02" West, a distance of 254.10 feet, to an angle point; thence

3. North 05° 50' 02" West, a distance of 64.68 feet, to an angle point; thence

4. North 48° 39' 58" East, a distance of 214.50 feet, to an angle point; thence

5. North 31° 39' 58" East, a distance of 268.62 feet, to an angle point; thence

6. North 38° 35' 02" West, a distance of 361.02 feet, to an angle point; thence

7. North 24° 09' 58" East, a distance of 2420.88 feet, to an angle point at the terminus of course number 18 as shown on said unrecorded map, also being a point on course number 19 as said course is shown on the map of Rancho San Vicente filed in Volume 22 of Maps, at Page 19, Santa Cruz County Records; thence along said courses as shown on said maps, and along the centerline of said creek

8. North 23° 09' 58" East, a distance of 1122.00 feet, to an angle point; thence continuing along the common courses as shown on said maps

9. North 10° 54' 58" East, a distance of 1397.22 feet, to an angle point; thence

10. North 08° 39' 58" East, a distance of 437.58 feet, to an angle point; thence

11. North 26° 09' 58" East, a distance of 613.80 feet, to an angle point; thence

12. North 41° 24' 58" East, a distance of 528.00 feet, to an angle point at the terminus of course number 23 as shown on said map of Rancho San Vicente, also being the terminus of course number 12 as shown on said unrecorded map of Rancho Arroyo de la Laguna; thence leaving the courses as shown on said unrecorded map, and continuing along the courses as shown on said map of Rancho San Vicente, and continuing along said creek

13. North 10° 35' 02" West, a distance of 580.80 feet, to an angle point; thence

14. North 44° 09' 58" East, a distance of 931.92 feet, to an angle point; thence

15. North 13° 54' 58" East, a distance of 430.98 feet, to an angle point; thence

16. North 32° 09' 58" East, a distance of 132.00 feet, to an angle point; thence

17. North 43° 24' 58" East, a distance of 495.00 feet, to an angle point; thence

18. North 17° 24' 58" East, a distance of 264.00 feet, to an angle point; thence

Page 23 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 29 of 49

19.   North 21° 39' 58" East, a distance of 330.00 feet, to an angle point; thence

20.   North 30° 09' 58" East, a distance of 264.00 feet, to an angle point; thence

21.   North 19° 09' 58" East, a distance of 231.00 feet, to an angle point; thence

22.   North 44° 39' 58" East, a distance of 429.00 feet, to an angle point; thence

23.   North 57° 09' 58" East, a distance of 125.40 feet, to an angle point; thence

24.   North 50° 39' 58" East, a distance of 429.00 feet, to an angle point; thence

25.   North 55° 39' 58" East, a distance of 198.00 feet, to an angle point; thence

26.   North 38° 24' 58" East, a distance of 334.63 feet, a little more or less, to an angle point on the Northerly boundary of said lands of Coast Dairies and Land Company, being the intersection of the Section Line between Section 22 and 27, Township 10 South, Range 3 West, Mount Diablo Base and Meridian with the East boundary of San Vicente Rancho; thence leaving said Rancho line and creek, and along said Section line and Northerly boundary of lands of Coast Dairies & Land Company

27.   North 89° 58' 49" East, a distance of 1373.80 feet, more or less, to the Northeast corner of Section 27; thence along the East boundary of said Section 27

28.   South 01° 02' 19" West, a distance of 2270.27 feet, more or less, to an angle point on the Northeasterly line of said Rancho Arroyo De La Laguna; thence along said Rancho boundary

29.   South 61° 20' 02" East, a distance of 3917.24 feet, to a 1-1/2" iron pipe, at an angle point; thence leaving said Rancho boundary

30.   South 01° 01' 36" West, a distance of 1728.86 feet, to an angle point; thence

31.   South 88° 57' 10" East, a distance of 1811.73 feet, to a 2" iron pipe, no tag; thence

32.   South 01° 02' 54" West, a distance of 209.29 feet, to a ½" iron pipe, tagged LS 1225; thence

33.   South 88° 57' 06" East, a distance of 417.50 feet, to an angle point; thence

34.   North 01° 12' 57" East, a distance of 357.50 feet, to an angle point; thence

35.   South 88° 56' 51" East, a distance of 790.35 feet, more or less, to the Northeasterly boundary of said Rancho Arroyo De La Laguna; thence along said Rancho boundary

36.   South 61° 20' 02" East, a distance of 5650.43 feet, more or less, to an angle point at the most Easterly corner of said lands of Coast Dairies and Land Company, also being a point on the Easterly boundary of the Rancho Arroyo De La Laguna and the Westerly boundary of the Refugio Rancho; thence along the Easterly boundary of said lands of Coast Dairies and Land Company and along said Rancho boundary

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 30 of 49

37.  South 48° 32' 15" West, a distance of 1072.00 feet, more or less, to an angle point; thence

38.  South 28° 03' 15" West, a distance of 6964.40 feet, to an angle point; thence

39.  South 73° 58' 15" West, a distance of 214.80 feet, to an angle point; thence

40.  South 66° 33' 15" West, a distance of 152.75 feet, to an angle point; thence

41.  South 58° 00' 15" West, a distance of 141.80 feet, to an angle point; thence

42.  South 02° 27' 45" East, a distance of 194.20 feet, to an angle point; thence

43.  South 25° 04' 15" West, a distance of 152.10 feet, to an angle point; thence

44.  North 84° 49' 45" West, a distance of 150.00 feet, to an angle point; thence

45.  South 79° 48' 15" West, a distance of 329.50 feet, to an angle point; thence

46.  South 49° 23' 15" West, a distance of 130.75 feet, to an angle point; thence

47.  South 08° 26' 15" West, a distance of 168.50 feet, to an angle point; thence

48.  South 23° 07' 15" West, a distance of 113.70 feet, to an angle point; thence

49.  South 06° 03' 15" West, a distance of 211.00 feet, to an angle point; thence

50.  South 47° 47' 15" West, a distance of 141.40 feet, to an angle point; thence

51.  South 75° 49' 15" West, a distance of 107.75 feet, to an angle point; thence

52.  South 33° 37' 15" West, a distance of 110.00 feet, to an angle point; thence

53.  North 68° 18' 45" West, a distance of 219.30 feet, to an angle point; thence

54.  South 80° 03' 15" West, a distance of 104.85 feet, to an angle point; thence

55.  South 23° 15' 45" East, a distance of 210.85 feet, to an angle point; thence

56.  South 11° 19' 45" East, a distance of 193.70 feet, to an angle point; thence

57.  South 73° 46' 45" East, a distance of 133.20 feet, to an angle point; thence

58.  South 26° 53' 45" East, a distance of 224.85 feet, to an angle point; thence

59.  South 51° 46' 45" East, a distance of 130.85 feet, to an angle point; thence

60.  South 31° 53' 15" West, a distance of 107.10 feet, to an angle point; thence

61.  South 15° 31' 15" West, a distance of 154.40 feet, to an angle point; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 31 of 49

62. South 59° 09' 45" East, a distance of 127.60 feet, to an angle point; thence

63. South 29° 35' 45" East, a distance of 143.80 feet, to an angle point; thence

64. South 08° 27' 15" West, a distance of 170.25 feet, to an angle point; thence

65. South 34° 50' 45" East, a distance of 217.90 feet, to an angle point; thence

66. South 24° 53' 15" West, a distance of 113.00 feet, to an angle point; thence

67. South 19° 43' 15" West, a distance of 221.75 feet, to an angle point; thence

68. South 71° 32' 15" West, a distance of 88.00 feet, to an angle point; thence

69. South 40° 57' 15" West, a distance of 166.60 feet, to an angle point; thence

70. South 51° 56' 15" West, a distance of 227.80 feet, to an angle point; thence

71. North 81° 48' 45" West, a distance of 101.70 feet, to an angle point; thence

72. South 66° 51' 15" West, a distance of 141.85 feet, to an angle point; thence

73. North 59° 51' 45" West, a distance of 144.75 feet, to an angle point; thence

74. South 30° 03' 15" West, a distance of 228.30 feet, to an angle point; thence

75. North 81° 15' 45" West, a distance of 111.75 feet, to an angle point; thence

76. South 53° 55' 15" West, a distance of 104.50 feet, to an angle point; thence

77. South 13° 41' 15" West, a distance of 113.00 feet, to an angle point; thence

78. South 39° 47' 15" West, a distance of 258.89 feet, more or less, to an angle point on the Northerly side line of Laguna Road, also known as the Old Coast Road; thence along said Northerly side line

79. North 65° 00' 34" West, a distance of 53.49 feet, to an angle point; thence

80. North 23° 59' 26" East, a distance of 13.00 feet, to an angle point; thence

81. North 66° 00' 34" West, a distance of 23.00 feet, to an angle point; thence

82. South 23° 59' 26" West, a distance of 13.00 feet, to an angle point; thence

83. North 66° 00' 34" West, a distance of 67.32 feet, to an angle point; thence

84. South 81° 14' 26" West, a distance of 509.68 feet, to an angle point; thence

85. South 89° 59' 26" West, a distance of 177.14 feet, to an angle point; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084   Page 32 of 49

86.   South 80° 06′ 50″ West, a distance of 171.81 feet, to a 6″ x 6″ concrete CALTRANS monument found at an angle point in the Northeasterly sideline of State Highway One; thence leaving the sideline of Laguna Road and continuing along the Northeasterly sideline of said State Highway One

87.   North 59° 10′ 47″ West, a distance of 265.12 feet, to a point of intersection with the Southeasterly boundary of AGRICULTURAL PARCEL THREE, from which point a set ½-inch iron pipe tagged RCE 20919 bears along the Southwesterly line of said Agricultural Parcel Three, North 39° 39′ 07″ East, 40.46 feet distant; thence continuing along said Northeasterly side line and along the Southwesterly boundary of said Agricultural Parcel Three

88.   North 59° 10′ 47″ West, a distance of 323.02 feet, to an angle point; thence

89.   South 30° 49′ 13″ West, a distance of 16.57 feet, to an angle point; thence

90.   North 60° 47′ 36″ West, a distance of 122.07 feet, to an angle point; thence

91.   North 59° 10′ 47″ West, a distance of 1205.25 feet, to a point of intersection of EASEMENT G, as said easement is described in EXHIBIT "EASE-G", attached hereto and made a part hereof; thence continuing along said Northeasterly side line

92.   North 59° 10′ 47″ West, a distance of 815.64 feet, to an angle point; thence

93.   North 57° 56′ 04″ West, a distance of 705.15 feet, to an angle point; thence

94.   North 55° 31′ 32″ West, a distance of 341.60 feet, to an angle point; thence

95.   North 53° 04′ 12″ West, a distance of 178.47 feet, to an angle point; thence

96.   North 34° 30′ 52″ West, a distance of 81.11 feet, to an angle point; thence

97.   South 68° 58′ 28″ West, a distance of 56.04 feet, to the beginning of a non-tangent curve to the right; thence

98.   Along said curve of Radius 9942.14 feet, from a tangent bearing of North 54° 35′ 29″ West, through a central angle of 00° 40′ 40″, for an arc length of 117.61, to an angle point; thence

99.   North 36° 06′ 04″ East, a distance of 20.00 feet, to a 6″ X 6″ concrete Caltrans monument; thence

100. North 53° 53′ 56″ West, a distance of 28.29 feet, to a point of intersection of EASEMENT F, as said easement is described in EXHIBIT "EASE-F", attached hereto and made a part hereof; thence continuing along said Northeasterly side line

101.   North 53° 53′ 56″ West, a distance of 45.09 feet, to a 6″ X 6″ concrete Caltrans monument; thence;

102.   North 08° 53′ 56″ West, a distance of 70.71 feet, to an angle point; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 33 of 49

103.   North 53° 53' 56" West, a distance of 200.00 feet, to an angle point; thence

104.   North 74° 56' 11" West, a distance of 139.28 feet, to an angle point; thence

105.   North 53° 53' 56" West, a distance of 346.31 feet, to an angle point; thence

106.   South 36° 06' 04" West, a distance of 20.00 feet, to an angle point; thence

107.   North 53° 53' 56" West, a distance of 783.45 feet, to an angle point; thence

108.   North 33° 20' 36" West, a distance of 85.42 feet, to an angle point; thence

109.   North 64° 31' 06" West, a distance of 79.35 feet, to a point of intersection of EASEMENT E, as said easement is described in EXHIBIT "EASE-E", attached hereto and made a part hereof: thence continuing along said Northeasterly side line

110.   North 64° 31' 06" West, a distance of 83.40 feet, to an angle point; thence

111.   North 53° 53' 56" West, a distance of 799.83 feet, to an angle point; thence

112.   North 47° 18' 06" West, a distance of 758.76 feet, to a point of intersection of EASEMENT D, as said easement is described in EXHIBIT "EASE-D", attached hereto and made a part hereof: thence continuing along said Northeasterly side line

113.   North 47° 18' 06" West, a distance of 415.67 feet, to an angle point; thence

114.   North 39° 15' 56" West, a distance of 828.50 feet, to an angle point; thence

115.   North 50° 44' 45" East, a distance of 367.53 feet, to an angle point; thence

116.   South 62° 35' 15" West, a distance of 52.77 feet, to the beginning of a tangent curve to the right; thence

117.   Along said curve of Radius 420 feet, from a tangent bearing of South 62° 35' 15" West, through a central angle of 30° 12' 20", for an arc length of 221.42 feet, to a 6" X 6" concrete Caltrans monument; thence

118.   South 50° 44' 45" West, a distance of 130.70 feet, to an angle point; thence

119.   North 40° 32' 45" West, a distance of 467.20 feet, to a point of intersection of EASEMENT C, as said easement is described in EXHIBIT "EASE-C", attached hereto and made a part hereof: thence continuing along said Northeasterly side line

120.   North 40° 32' 45" West, a distance of 1158.29 feet, to an angle point; thence

121.   North 05° 21' 15" West, a distance of 25.81 feet, to the beginning of a tangent curve to the left; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084  Page 34 of 49**

122.    Along said curve of Radius 220.00 feet, through a central angle of  31° 05' 00" for an arc length of 119.42, to a point of non-tangency; thence

123.    North 33° 33' 15" West, a distance of 252.79 feet, to an angle point; thence

124.    North 47° 47' 25" West, a distance of 671.28 feet, to an angle point; thence

125.    North 50° 35' 45" West, a distance of 53.32, to a point of intersection of EASEMENT B, as said easement is described in EXHIBIT "EASE-B", attached hereto and made a part hereof; thence continuing along said Northeasterly side line

126.    North 50° 35' 45" West, a distance of 546.68 feet, to an angle point; thence

127.    North 50° 14' 00" West, a distance of 733.80 feet, to the most Westerly corner of said AGRICULTURAL PARCEL THREE, from which a ½" iron pipe, tagged R.C.E. 20,919 bears N16° 34'42"E 5.34 feet; thence continuing

128.    North 50° 14' 00" West, a distance of 15.64 feet, to an angle point; thence

129.    North 61° 44' 45" West, a distance of 153.53 feet, a little more or less, to the POINT OF BEGINNING.

EXCEPTING THEREFROM  all of AGRICULTURAL PARCEL THREE, as said Parcel is described in EXHIBIT "AP-3", attached hereto and made a part hereof; and

EXCEPTING THEREFROM all of Bonny Doon Road, a County Road, as said Road lies within the boundaries of this UPLAND PARCEL THREE, and as said Road is shown on that certain Record of Survey map entitled "RECORD OF SURVEY MAP OF A PART OF BONNY DOON ROAD", recorded on March 26, 1971, in Volume 47 of Maps, Pages 34 through 40, Santa Cruz County Records; and

TOGETHER WITH an Easement for ingress, egress, and utility purposes, being a strip of land 20 feet in width, designated EASEMENT B, as described in EXHIBIT "EASE-B", attached hereto and made a part hereof, and

TOGETHER WITH an Easement for ingress, egress, and utility purposes, being a strip of land 20 feet in width, designated EASEMENT C, as described in EXHIBIT "EASE-C", attached hereto and made a part hereof, and

TOGETHER WITH an Easement for ingress, egress, and utility purposes, being a strip of land 20 feet in width, designated EASEMENT D, as described in EXHIBIT "EASE-D", attached hereto and made a part hereof, and

TOGETHER WITH an Easement for ingress, egress, and utility purposes, being a strip of land 20 feet in width, designated EASEMENT E, as described in EXHIBIT "EASE-E", attached hereto and made a part hereof, and

TOGETHER WITH an Easement for ingress, egress, and utility purposes, being a strip of land 20 feet in width, designated EASEMENT F, as described in EXHIBIT "EASE-F", attached hereto and made a part hereof, and

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 35 of 49

TOGETHER WITH an Easement for ingress, egress, and utility purposes, being a strip of land 20 feet in width, designated EASEMENT G, as described in EXHIBIT "EASE-G", attached hereto and made a part hereof.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in March, 2013.

APN's:
058-122-10
058-122-13
059-011-03 through -05
059-011-10 and -11
059-011-13
059-151-01 and -02
063-071-04
062-141-02
063-251-03

EXHIBIT "AP-3"

AGRICULTURAL PARCEL THREE

SITUATE in Sections 33 and 34, Township 10 South, Range 3 West, and Sections 3, 4, 10, and 11, Township 11 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded April 10, 1901, in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING more particularly described as follows:

BEGINNING for reference at a point of intersection of the Northeasterly sideline of State Highway One with the Westerly boundary of the Rancho Arroyo De La Laguna; thence from said reference POINT OF BEGINNING along said Northeasterly sideline South 61° 44' 45" East 153.56 feet, more or less, and South 50° 14' 00" East 15.64 feet to a point on said Northeasterly sideline, and being the TRUE POINT OF BEGINNING, from which point a ½-inch iron pipe tagged RCE 20919 bears North 16° 34' 42" East, 5.34 feet distant; thence leaving said Northeasterly sideline of State Highway One

1.   North 16° 34' 42" East, a distance of 5.34 feet, to a set ½-inch iron pipe tagged RCE 20919;
thence continuing

Page 30 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 36 of 49

2.  North 16° 34′ 42″ East, a distance of 1214.45 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

3.  North 44° 36′ 38″ East, a distance of 473.35 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

4.  North 25° 52′ 26″ East, a distance of 618.92 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

5.  North 44° 53′ 41″ East, a distance of 764.46 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

6.  South 49° 01′ 58″ East, a distance of 1482.10 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

7.  South 58° 17′ 33″ East, a distance of 284.95 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

8.  South 75° 50′ 38″ East, a distance of 808.27 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

9.  South 09° 11′ 32″ East, a distance of 396.70 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

10.  South 24° 10′ 29″ East, a distance of 577.55 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

11.  South 13° 18′ 02″ East, a distance of 299.99 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

12.  South 05° 26′ 05″ West, a distance of 1162.49 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

13.  South 50° 59′ 36″ West, a distance of 949.36 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

14.  South 31° 22′ 54″ West, a distance of 1087.60 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence continuing

15.  South 31° 22′ 54″ West, a distance of 36.84 feet, to an angle point, which point is 10.00 feet, measured at right angles, from the Northeasterly side line of State Highway One;  thence continuing on a line parallel to and 10.00 feet distant, measured at right angles, from said Northeasterly side line

16.  South 40° 32′ 45″ East, a distance of 301.60 feet, thence

17.  North 50° 44′ 45″ East, a distance of 124.79 feet, to the beginning of a non-tangent curve to the left; thence

Page 31 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 37 of 49

18.  Along said curve, of radius 410.00 feet, from a tangent bearing of South 86° 40′ 21″ East, through a central angle of 30° 44′ 24″ for an arc distance of 219.79 feet; thence

19.  North 62° 35′ 15″ East, a distance of 62.82 feet, thence

20.  South 33° 20′ 00″ East, a distance of 17.82 feet, thence

21.  South 50° 44′ 45″ West, a distance of 367.58 feet, thence continuing on a line parallel to and 10.00 feet distant, measured at right angles, from said Northeasterly side line of State Highway One

22.  South 39° 15′ 56″ East, a distance of 385.06 feet, to an angle point; thence leaving said parallel line

23.  North 30° 11′ 00″ East, a distance of 46.26 feet, to a set ½-inch iron pipe tagged RCE 20919; thence continuing

24.  North 30° 11′ 00″ East, a distance of 588.60 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

25.  South 36° 30′ 51″ East, a distance of 777.37 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

26.  South 51° 24′ 02″ East, a distance of 2600.03 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

27.  South 33° 12′ 48″ West, a distance of 515.20 feet, to a set ½-inch iron pipe tagged RCE 20919; thence continuing

28.  South 33° 12′ 48″ West, a distance of 15.46 feet, to an angle point, which point is 10.00 feet, measured at right angles, from the Northeasterly side line of State Highway One; thence continuing on a line parallel to and 10.00 feet distant, measured at right angles, from said Northeasterly side line

29.  South 53° 53′ 56″ East, a distance of 96.05 feet, to an angle point; thence

30.  North 36° 06′ 04″ East, a distance of 20.00 feet, to an angle point; thence

31.  South 53° 53′ 56″ East, a distance of 354.45 feet, to an angle point; thence

32.  South 74° 56′ 11″ East, a distance of 139.28 feet, to an angle point; thence

33.  South 53° 53′ 56″ East, a distance of 206.00 feet, to an angle point; thence

34.  South 08° 53′ 56″ East, a distance of 70.71 feet, to an angle point; thence

35.  South 53° 53′ 56″ East, a distance of 79.24 feet, to an angle point; thence

36.  South 36° 06′ 04″ West, a distance of 19.99 feet, to the beginning of a non-tangent curve to the left; thence

Page 32 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 38 of 49

37.  Along said curve, of radius 9932.14 feet, from a tangent bearing of South 53° 58' 16" East, through a central angle of 00° 35' 21" for an arc distance of 102.15 feet, to a point of non-tangency; thence

38.  North 68° 58' 28" East, a distance of 67.71 feet, to an angle point; thence leaving said parallel line

39.  North 43° 51' 19" East, a distance of 32.91 feet, to a set ½-inch iron pipe tagged RCE 20919; thence continuing

40.  North 43° 51' 19" East, a distance of 252.44 feet, to a set ½-inch iron pipe tagged RCE 20919; thence

41.  South 61° 31' 15" East, a distance of 2076.73 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

42.  South 53° 07' 07" East, a distance of 1673.15 feet, to a set ½-inch iron pipe tagged RCE 20919 set at an angle point; thence

43.  South 39° 39' 07" West, a distance of 238.51 feet, to a set ½-inch iron pipe tagged RCE 20919; thence continuing

44.  South 39° 39' 07" West, a distance of 40.46 feet, to an angle point on the Northeasterly side line of State Highway One; thence along said Northeasterly side line

45.  North 59° 10' 47" West, a distance of 323.02 feet, to an angle point; thence

46.  South 30° 49' 13" West, a distance of 16.57 feet; to an angle point; thence

47.  North 60° 47' 36" West, a distance of 122.07 feet, to an angle point; thence

48.  North 59° 10' 47" West, a distance of 1205.25 feet, to a point of intersection of EASEMENT G, as said easement is described in EXHIBIT "EASE-G", attached hereto and made a part hereof: thence continuing along said Northeasterly side line

49.  North 59° 10' 47" West, a distance of 815.64 feet, to an angle point; thence

50.  North 57° 56' 04" West, a distance of 705.15 feet, to an angle point; thence

51.  North 55° 31' 32" West, a distance of 341.60 feet, to an angle point; thence

52.  North 53° 04' 12" West, a distance of 178.47 feet, to an angle point; thence

53.  North 34° 30' 52" West, a distance of 81.11 feet, to an angle point; thence

54.  South 68° 58' 28" West, a distance of 56.04 feet, to the beginning of a non-tangent curve to the right; thence

Page 33 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 39 of 49

55.  Along said curve of Radius 9942.14 feet, from a tangent bearing of North 54° 35' 29" West, through a central angle of 0° 40' 40" for an arc length of 117.63 feet, to a point of non-tangency; thence

56.  North 36° 06' 04" East, a distance of 20.00 feet, to a found 6" x 6" concrete CALTRANS monument at an angle point; thence

57.  North 53° 53' 56" West, a distance of 28.29 feet, to a point of intersection of EASEMENT F, as said easement is described in EXHIBIT "EASE-F", attached hereto and made a part hereof: thence continuing along said Northeasterly side line

58.  North 53° 53' 56" West, a distance of 45.09 feet, to a found 6" x 6" concrete CALTRANS monument at an angle point; thence

59.  North 08° 53' 56" West, a distance of 70.71 feet, to an angle point; thence

60.  North 53° 53' 56" West, a distance of 200.00 feet, to an angle point; thence

61.  North 74° 56' 11" West, a distance of 139.28 feet, to an angle point; thence

62.  North 53° 53' 56" West, a distance of 346.31 feet, to an angle point; thence

63.  South 36° 06' 04" West, a distance of 20.00 feet, to an angle point; thence

64.  North 53° 53' 56" West, a distance of 783.45 feet, to an angle point; thence

65.  North 33° 20' 36" West, a distance of 85.42 feet, to an angle point; thence

66.  North 64° 31' 06" West, a distance of 79.35 feet, to a point of intersection of EASEMENT E, as said easement is described in EXHIBIT "EASE-E", attached hereto and made a part hereof: thence continuing along said Northeasterly side line

67.  North 64° 31' 06" West, a distance of 83.40 feet, to an angle point; thence

68.  North 53° 53' 56" West, a distance of 799.83 feet, to an angle point; thence

69.  North 47° 18' 06" West, a distance of 758.76 feet, to a point of intersection of EASEMENT D, as said easement is described in EXHIBIT "EASE-D", attached hereto and made a part hereof: thence continuing along said Northeasterly side line

70.  North 47° 18' 06" West, a distance of 415.67 feet, to an angle point; thence

71.  North 39° 15' 56" West, a distance of 828.50 feet, to an angle point; thence

72.  North 50° 44' 45" East, a distance of 367.53 feet, to an angle point; thence

73.  South 62° 35' 15" West, a distance of 52.77 feet, to the beginning of a tangent curve to the right; thence

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 40 of 49

74.  Along said curve of Radius 420.00 feet, through a central angle of 30° 12' 20", for an arc length of 221.42, to a 6" X 6" concrete Caltrans monument; thence

75.  South 50° 44' 45" West, a distance of 130.70 feet, to an angle point; also being the Northeasterly side line of State Highway One; thence continuing on said Northeasterly side line

76.  North 40° 32' 45" West, a distance of 467.20 feet, to a point of intersection of EASEMENT C, as said easement is described in EXHIBIT "EASE-C", attached hereto and made a part hereof; thence continuing along said Northeasterly side line

77.  North 40° 32' 45" West, a distance of 1158.29 feet, to an angle point; thence

78.  North 05° 21' 15" West, a distance of 25.81 feet, to the beginning of a tangent curve to the left; thence

79.  Along said curve of Radius 220.00 feet, through a central angle of 31° 06' 00" for an arc length of 119.42 feet, to a point of non-tangency; thence

80.  North 33° 33' 15" West, a distance of 252.79 feet, to an angle point; thence

81.  North 47° 47' 25" West, a distance of 671.28 feet, to an angle point; thence

82.  North 50° 35' 45" West, a distance of 53.32, to a point of intersection of EASEMENT B, as said easement is described in EXHIBIT "EASE-B", attached hereto and made a part hereof; thence continuing along said Northeasterly side line

83.  North 50° 35' 45" West, a distance of 546.68 feet, to an angle point; thence

84.  North 50° 14' 00" West, a distance of 733.80 feet, to the TRUE POINT OF BEGINNING.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in March, 2013.

APN 058-122-13 (portion)
APN 059-011-04, -10, -11, and -13 (portions)

PARCEL TWO:

EXHIBIT "EASE-B"

EASEMENT B

SITUATE in Section 34, Township 10 South, Range 3 West, and Section 3, Township 11 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California; and

Page 35 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 41 of 49

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded May 7, 1901 in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a portion of AGRICULTURAL PARCEL THREE, as said lands are described in that certain EXHIBIT "AP-3", attached hereto and made a part hereof; and

BEING a strip of land, 20 feet in width, the centerline of which is the approximate centerline of an unimproved farm road, and being more particularly described as follows:

BEGINNING at a point on the Northeasterly sideline of State Highway One at the most Southwesterly corner of said AGRICULTURAL PARCEL THREE; thence South 50° 14' 00" East, 733.80 feet; thence South 50° 35' 45" East, 546.68 feet, to the TRUE POINT OF BEGINNING; thence leaving said Northeasterly sideline and crossing through said AGRICULTURAL PARCEL THREE along the approximate centerline of said unimproved farm road

1. North 39° 47' 50" East, a distance of 415.20 feet, to the beginning of a tangent curve to the right; thence

2. Along said curve of radius 50.00 feet through a central angle of 69° 50' 16", for an arc length of 60.94 feet, to a point of tangency; thence

3. South 70° 21' 54" East, a distance of 60.03 feet, to the beginning of a tangent curve to the left; thence

4. Along said curve of radius 150.00 feet through a central angle of 23° 53' 51", for an arc length of 62.56 feet, to a point of tangency; thence

5. North 85° 44' 15" East, a distance of 288.62 feet, to the beginning of a tangent curve to the left; thence

6. Along said curve of radius 39.00 feet through a central angle of 165° 32' 53", for an arc length of 112.68 feet, to a point of tangency; thence

7. North 79° 48' 38" West, a distance of 37.96 feet, to the beginning of a tangent curve to the right; thence

8. Along said curve of radius 110.00 feet through a central angle of 72° 46' 48", for an arc length of 139.73 feet, to a point of tangency; thence

9. North 07° 01' 50" West, a distance of 51.17 feet, to the beginning of a tangent curve to the right; thence

10. Along said curve of radius 378.43 feet through a central angle of 32° 39' 14", for an arc length of 215.67 feet, to a point of tangency; thence

11. North 28° 24' 52" East, a distance of 122.60 feet, to an angle point; thence

12. North 73° 03' 02" West, a distance of 33.79 feet, to the beginning of a tangent curve to the right; thence

Page 36 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 42 of 49

13. Along said curve of radius 110.00 feet through a central angle of 27° 57' 02", for an arc length of 53.66 feet, to a point of tangency; thence

14. North 45° 06' 00" West, a distance of 208.92 feet, to the beginning of a tangent curve to the right; thence

15. Along said curve of radius 59.00 feet through a central angle of 61° 00' 47", for an arc length of 62.83 feet, to a point of reverse curve to the left; thence continuing

16. Along said reverse curve of radius 76.00 feet through a central angle of 67° 29' 00", for an arc length of 89.51 feet, to a point of tangency; thence

17. North 51° 34' 14" West, a distance of 32.14 feet, to the beginning of a tangent curve to the right; thence

18. Along said curve of radius 40.00 feet through a central angle of 98° 20' 52", for an arc length of 68.66 feet, to a point of tangency; thence

19. North 46° 46' 38" East, a distance of 1361.89 feet, to the beginning of a tangent curve to the right; thence

20. Along said curve of radius 150.00 feet through a central angle of 28° 42' 41", for an arc length of 75.17 feet, to a point of tangency; thence

21. North 75° 29' 19" East, a distance of 59.73 feet, to the beginning of a tangent curve to the left; thence

22. Along said curve of radius 30.00 feet through a central angle of 82° 58' 18", for an arc length of 43.44 feet, to a point of tangency; thence

23. North 07° 28' 59" West, a distance of 126.41 feet, to an angle point; thence

24. North 06° 06' 13" East, a distance of 74.65 feet, to the beginning of a tangent curve to the right; thence

25. Along said curve of radius 20.00 feet through a central angle of 43° 15' 02", for an arc length of 15.10 feet, to a point of intersection on the Northeasterly boundary of said AGRICULTURAL PARCEL THREE, from which a ½" iron pipe, tagged R.C.E. 20,919 on said Northeasterly boundary bears South 49° 01' 58" East, 110.10 feet distant.

The side lines of the Easement to be extended or shortened to intersect with the Northeasterly sideline of State Highway One and a Northeasterly line of AGRICULTURAL PARCEL THREE.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

Page 37 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084  Page 43 of 49**

APN 058-122-13 (portion)

PARCEL THREE:

EXHIBIT "EASE-C"

EASEMENT C

SITUATE in Section 3, Township 11 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded May 7, 1901 in Volume 135 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a portion of AGRICULTURAL PARCEL THREE, as said lands are described in that certain EXHIBIT "AP-3", attached hereto and made a part hereof; and

BEING a strip of land, 20 feet in width, the centerline of which is the approximate centerline of an unimproved farm road, and being more particularly described as follows:

BEGINNING at a 6" x 6" concrete monument found at an angle point in the Northeasterly side line of State Highway One at the Northwesterly intersection of State Highway One and Bonny Doon Road; thence South 50° 44' 45" West 130.70 feet and North 40° 32' 45" West 467.20 feet along said Northeasterly side line to the TRUE POINT OF BEGINNING; thence leaving said Northeasterly sideline and crossing said AGRICULTURAL PARCEL THREE along the approximate centerline of said unimproved farm road

1.  South 52° 00' 26" East, a distance of 152.25 feet, to a point of intersection with the Southeasterly boundary of said AGRICULTURAL PARCEL THREE, from which a ½" iron pipe, tagged R.C.E. 20,919 on said Southeasterly boundary bears North 31° 22' 54" East, 15.54 feet distant.

The side lines of the Easement to be extended or shortened to intersect with the Northeasterly sideline of State Highway One and a Southeasterly boundary of said AGRICULTURAL PARCEL THREE.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 058-122-13 (portion)

PARCEL FOUR:

Page 38 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 44 of 49

EXHIBIT "EASE-D"

EASEMENT D

SITUATE in Section 3, Township 11 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded May 7, 1901 in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a portion of AGRICULTURAL PARCEL THREE, as said lands are described in that certain EXHIBIT "AP-3", attached hereto and made a part hereof; and

BEING a strip of land, 20 feet in width, the centerline of which is the approximate centerline of an unimproved farm road, and being more particularly described as follows:

BEGINNING at a point on a Northeasterly line of said AGRICULTURAL PARCEL THREE, from which an angle point on said Northeasterly boundary bears North 36° 30' 51" West, 105.40 feet distant; thence from said point of beginning and leaving said Northeasterly boundary.

1.  South 02° 17' 44" East, a distance of 251.74 feet, to the beginning of a tangent curve to the left; thence

2.  Along said curve of radius 380.00 feet through a central angle of 28° 04' 50", for an arc length of 186.24 feet, to a point of tangency; thence

3.  South 30° 22' 34" East, a distance of 132.87 feet, to the beginning of a tangent curve to the right; thence

4.  Along said curve of radius 200.00 feet through a central angle of 39° 58' 38", for an arc length of 139.55 feet, to a point of tangency; thence

5.  South 09° 36' 04" East, a distance of 265.06 feet, to the beginning of a tangent curve to the left; thence

6.  Along said curve of radius 90.00 feet through a central angle of 61° 20' 33", for an arc length of 96.36 feet, to a point of reverse curve; thence

7.  Along said reverse curve of radius 155.12 feet, through a central angle of 29° 33' 39", for an arc length of 80.03 feet, to a point on the Northeasterly side line of State Highway One.

The side lines of the Easement to be extended or shortened to intersect with the Northeasterly sideline of State Highway One and a Northeasterly boundary of said AGRICULTURAL PARCEL THREE.

Page 39 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084  Page 45 of 49**

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 059-011-11 (portion)

PARCEL FIVE:

EXHIBIT "EASE-E"

EASEMENT E

SITUATE in Section 10, Township 11 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded May 7, 1901 in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a portion of AGRICULTURAL PARCEL THREE, as said lands are described in that certain EXHIBIT "AP-3", attached hereto and made a part hereof; and

BEING a strip of land, 20 feet in width, the centerline of which is the approximate centerline of an unimproved farm road, and being more particularly described as follows:

BEGINNING at a point on the Northeasterly sideline of State Highway One from which point a an angle point on said Northeasterly sideline bears South 64° 31' 06" East, 79.35 feet distant; thence leaving said Northeasterly sideline and crossing said AGRICULTURAL PARCEL THREE along the approximate centerline of said unimproved farm road

1.  South 85° 16' 37" East, a distance of 56.04 feet, to the beginning of a tangent curve to the right; thence

2.  Along said curve of radius 130.00 feet through a central angle of 50° 21' 03", for an arc length of 114.24 feet, to a point of tangency; thence

3.  South 34° 55' 20" East, a distance of 168.10 feet, to an angle point; thence

4.  South 54° 02' 23" East, a distance of 370.35 feet, to an angle point; thence

5.  South 60° 32' 25" East, a distance of 148.77 feet, to a point of intersection with a Southeasterly boundary of said AGRICULTURAL PARCEL THREE, from which a ½" iron pipe, tagged R.C.E. 20,919 on said Southeasterly boundary bears North 33° 12' 48" East, 21.34 feet distant.

Page 40 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 46 of 49

The side lines of the Easement to be extended or shortened to intersect with the Northeasterly sideline of State Highway One and a Southeasterly boundary of said AGRICULTURAL PARCEL THREE.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 059-011-10 and -13 (portions)

PARCEL SIX:

EXHIBIT "EASE-F"

EASEMENT F.

SITUATE in Section 11, Township 11 South, Range 3 West, Mount Diablo Base and Meridian, as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California; and

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded May 7, 1901 in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a portion of AGRICULTURAL PARCEL THREE, as said lands are described in that certain EXHIBIT "AP-3", attached hereto and made a part hereof; and

BEING a strip of land, 20 feet in width, the centerline of which is the approximate centerline of an unimproved farm road, and being more particularly described as follows:

BEGINNING at a point on the Northeasterly sideline of State Highway One from which point a concrete 6" x 6" CALTRANS monument found at an angle point on said Northeasterly sideline bears South 53° 53' 56" East, 28.29 feet distant; thence leaving said Northeasterly sideline and crossing said AGRICULTURAL PARCEL THREE along the approximate centerline of said unimproved farm road

1.  North 49° 27' 08" East, a distance of 10.28 feet, to a point of intersection with a Northeasterly boundary of said AGRICULTURAL PARCEL THREE.

The side lines of the Easement to be extended or shortened to intersect with the Northeasterly sideline of State Highway One and a Northeasterly boundary of said AGRICULTURAL PARCEL THREE.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Page 41 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

2016-0041084  Page 47 of 49

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

APN 059-011-13 (portion)

PARCEL SEVEN:

EXHIBIT "EASE-G"

EASEMENT G

SITUATE in Section 11, Township 11 South, Range 3 West, Mount Diablo Base and Meridian; and as projected into the Rancho Arroyo De La Laguna, in the County of Santa Cruz, State of California

BEING a portion of the lands of Coast Dairies and Land Company, as said lands are described in that certain Grant Deed recorded May 7, 1901 in Volume 136 of Deeds, at Page 453, Santa Cruz County Records; and

BEING a portion of AGRICULTURAL PARCEL THREE, as said lands are described in that certain EXHIBIT "AP-3", attached hereto and made a part hereof; and

BEING a strip of land, 20 feet in width, the centerline of which is the approximate centerline of an unimproved farm road, and being more particularly described as follows:

BEGINNING at a point on the Northeasterly sideline of State Highway One from which point an angle point on said Northeasterly sideline bears South 59° 10' 47" East, 1205.25 feet distant; thence leaving said Northeasterly sideline and crossing said AGRICULTURAL PARCEL THREE along the approximate centerline of said unimproved farm road

1. North 77° 59' 25" East, a distance of 15.69 feet, to the beginning of a tangent curve to the left; thence

2. Along said curve of radius 50.00 feet through a central angle of 48° 51' 55", for an arc length of 42.64 feet, to a point of tangency; thence

3. North 29° 07' 30" East, a distance of 423.12 feet, to a point of intersection with a Northeasterly boundary of said AGRICULTURAL PARCEL THREE.

The side lines of the Easement to be extended or shortened to intersect with the Northeasterly sideline of State Highway One and a Northeasterly boundary of said AGRICULTURAL PARCEL THREE.

The BASIS of BEARINGS for this description is based upon the California Coordinate System, NAD 83 (1991.35), Zone 3.

Description prepared by Robert L. DeWitt & Associates, Inc., Civil Engineers and Land Surveyors, from field survey and Official Records, in November, 2012.

Page 42 of 44

Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084  Page 48 of 49**



Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved

Document Images

**2016-0041084   Page 49 of 49**



Customer Name : Anna DiBenedetto
Customer Company Name : Old Republic Title
Prepared On : 03/27/2026

© 2026 CoreLogic. All rights reserved